UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

CASE NO: 0:24-cv-62080-MD

JAMELL M. DEMONS

    Petitioner

v.

GREGORY TONY, SHERIFF OF BROWARD COUNTY;
AND BROWARD COUNTY SHERIFF'S OFFICE

    Respondent.
_____/

## MOTION FOR ORDER TO SHOW CAUSE WHY PETITIONER SHOULD NOT BE RELEASED

Michael A. Pizzi, Jr., attorney for Petitioner, JAMELL M. DEMONS, respectfully moves this Honorable Court to issue an order requiring the Respondents to show cause why the Petitioner should not be released from custody. In support of this motion, the undersigned states as follows:

1. On November 2, 2024, Petitioner filed a Petition for Writ of Habeas Corpus pursuant to 28 U.S.C. § 2241, challenging the legality of his detention and seeking release from custody.

2. Petitioner argues that his detention is unlawful because he has not been permitted to make or receive phone calls, or in person or any type of visitation with his family, including his own mother for three years.

3. The Respondents have placed unreasonable restrictions and interfered with the ability of his attorneys to interact with him. This has included forcing his attorneys to wait for hours to see him, not letting them see him at all, and forcing them to meet with him in conditions that interfere with and impede the privacy and privileged nature of his communications

with his lawyers.

4. The Respondents have isolated the Petitioner and not permitted a single phone call or visit from family in over three years.

5. The Respondents have illegally and improperly violated Petitioner's Constitutional guaranteed Right to Counsel and his ability to prepare for trial. These actions have been carried out with no due process and bearing no relational relationship to any legitimate State interest. Thus, he is being illegally detained in violation of the Constitution of the United States.

6. The Petitioner is being illegally detained under conditions that are cruel and unusual and that not only bare no rational relationship to any legitimate state interest but violates the Petitioner's Rights to due process and equal protection.

7. Petitioner respectfully submits that his continued detention is unlawful and unjustified, and that immediate release is warranted based on the merits of the petition. As the Respondents are currently holding the Petitioner in custody, Petitioner requests that the Court issue an order to show cause and schedule a hearing as soon as possible to determine whether the Petitioner should be released from custody pending the outcome of the petition.

8. In light of the serious nature of Petitioner's claims and the immediate relief sought, Petitioner respectfully requests that the Court issue an order requiring the Respondents to show cause why the Petitioner should not be released from custody while this habeas corpus petition is being adjudicated.

9. Courts routinely issue orders to show cause in habeas cases when a petitioner seeks immediate release from unlawful detention, and the petitioner has raised serious questions about the legality of his detention. Based on the foregoing, Petitioner respectfully requests

that the Court: Issue an Order to Show Cause directing the Respondents to appear and show cause why the Petitioner should not be released from custody.

WHEREFORE, the Petitioner respectfully requests that the Court grant this Motion and issue an order requiring the Respondent to show cause why the Petitioner should not be released from custody.

Respectfully submitted,

**MICHAEL A. PIZZI, JR., ESQ.**
Florida Bar No 079545
6625 Miami Lakes Drive, Suite 316
Miami Lakes, Florida 33014
Phone: (786) 594-3948
E-mail: mpizzi@pizzilaw.com

By:   */s/ Michael A. Pizzi, Jr.*
**MICHAEL A. PIZZI, JR., ESQ.**

## CERTIFICATE OF SERVICE

*I HEREBY CERTIFY that on **November 15, 2024**, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF. I also certify that the foregoing document is being served this day on all counsel of record or pro se parties either via transmission of Notices of Electronic Filing generated by CM/ECF or in some other authorized manner for those counselor parties who are not authorized to receive electronically Notices of Electronic Filing.*

By:   */s/ Michael A. Pizzi, Jr.*
**MICHAEL A. PIZZI, JR., ESQ.**

3