UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO: 24-cv-62080

**JAMELL DEMONS,**

    Petitioner,

v.

**SHERIFF TONY GREGORY**, *et al.*,

    Respondents.

_____/

**ORDER TO SHOW CAUSE**

**THIS CAUSE** is before the Court upon Petitioner, Jamell Demons's, Petition for a Writ of *Habeas Corpus* Pursuant to 28 U.S.C. § 2241, filed on November 2, 2024 [ECF No. 1], and Motion for Order to Show Cause Why Petitioner Should Not Be Released, filed November 15, 2024 [ECF No. 6 (the "Motion")].

THE COURT has reviewed the Petition and Motion and the pertinent portions of the record and is otherwise fully advised. It is hereby

**ORDERED AND ADJUDGED** as follows:

1. The Motion **[ECF No. 6]** is **GRANTED**.

2. Within one week of receipt of this Order, Counsel for the Respondents shall enter a notice of appearance in this case.

3. On or before **December 6, 2024**, the Respondents shall file a memorandum of fact and law to show cause why this Petition should not be granted, and shall file therewith all documents and transcripts necessary for the resolution of this Petition.

4.     Counsel for the Respondents is requested not to caption the response as a Motion to Dismiss. The statute, 28 U.S.C. § 2243, calls for a "Return."

5.     Petitioner may, but is not required to, file a reply within **14 days** of the date on which the Court dockets the Respondent's Answer, which date is shown by the Answer's certificate of service. The reply must be **filed** (*i.e.*, received by the Court and docketed) within **14 days** of the date on which the Court dockets the Respondent's Answer. If the reply is not filed within **14 days** of the date of docketing of the Respondent's Answer, the Court will deem the matter submitted and will not consider any untimely reply. *See* Rule 5(e), Rules Governing Section 2254 Cases ("The petitioner may submit a reply to the respondent's answer . . . within a time fixed by the judge."); *see also* Rule 1(b), Rules Governing Section 2254 Cases ("The district court may apply any or all of these rules to a [§ 2241 petition].").

6.     The reply, if any, shall not exceed **ten (10) pages** and shall otherwise comply with the Court's applicable Local Rules governing the form of filings. *See* S.D. Fla. L.R. 7.1(c)(2); *see also* S.D. Fla. L.R. 5.1(a)(4).

**DONE AND ORDERED** in Chambers in the Southern District of Florida this 18th day of November, 2024.

                                         **MELISSA DAMIAN**
                                         **UNITED STATES DISTRICT JUDGE**