New Addy
Jemall Brown's
#806900172
Broward County Paul Rein Jail
PO Box 9356
Ft. Lauderdale FL, 33310

Only thing change is de Jail name
No More main Jail, dust put
Paul Rein, Love you ☺



I Wish We Could Be Together

YALL!! SORRY Yummy Nasty Wet?? Cuttage? yum Cunt Imao

Semi 200pc Wets good 😋

Aye Bae I luv's missyu so S" So so so fuckeo much OMFG!!! Its almost ova wit dae G Shit!!! They moved me to a nother Jail, Shit Waay Better!! Better food, I got a whole unit to my self w/ a Basketball court, TV all day Shit dis bih like a mini mansion loli

I can walk around all day, Shit, Ya know I was in da "Box", Well d "Mail Box": Bot yea lol dat Shit was horrible 23 hour locked down only 1 hr out yo room No TV, Shit was Cwazzy yo! Only thing I can + do over his is the main thing Luvsing dog and dats her voice and dat joo fyass laugh You sexy ass voice and dat joo fyass laugh But I can still make you Smile through the energy's lac. Im transferring this dis card. You they call me the Mailman

They Call me The Mailman, "So I deliver" d "Mail man", "So I deliver Because Im da one God sent to deliver all his messages and blessings he got to ya; he told me to put my heart inside dis envolope and give it to you, it's all yurs he told me you'll take care of it 💙 I also got a Big 🎁 Package for you 🎁 Big till make ya legs quiver, so sign right her X_____ and unwrap dis Package, Bend it

How you been? When we're apart there's always a lonely place New Address deep inside my heart.

Bae you mini yummy nissy is wet!! 😋

I Miss You

it off in ya! 💌 Imsoo 😘😘😍!
Bae rewind all da pics when they transported me to-1hrs other Jail! 💋 WTF 😳 RESEND EM NOW RIGHT FUCKING NOW, AND SOME NEW SHIT TOO! SEND da one when you in da mirror wi yo ass cocked out

Over from da Byke's let me drop

New Address on back of card

Love Daddy



New address is on the envelope!



# Crazy Lady 😊

Hi! How are you doing my queen? God I hope! Things are going good. In the case it's finna get dismissed by the higher courts & I'ss then oye days! Believe it mama it's finna happen! God is working. Stay patient. Trust him. Read Psalms 84 verse 11 Everyday for me! For us! Happy Easter to the whole family. I only got one Easter card loll but guess what?? THEY MOVED ME TO ANOTHER JAIL!!! It's WAAAY better here! I got a whole unit to myself. I'm out all day & I got a wreck yard / personal lil door (isolated 2-11) court all to myself! I dear brother (2-11) — they restring way better overhere! God is better, & I don't have a call it's overhere I watch TV all day, just me & God! Praise God only thing crazy ass 😁 [evil face] God i only thing — can't do is use the phone of course but I don't paint God don't want me on-line! All those false allegations & BS (hay so desperate!

Self-control is everything! It's crazy I was debating on turnin up & lashing out b/c of how horrible it was in the main jail but the XO MS Jenkins told me she gone serious so I stayed calm & wrote on God! New I'm at Paul ryan facility I gotta 6x.it, for some reason I felt she was May your days be filled with happiness.

drop $$ no later then Sunday!!! And may the spirit of Easter
Send more always stay within your heart.
magazine's Have a Wonderful Easter
I lost the
other ones
during transport!

Let you know how it works over here. 🥚🥚🥚
has to be Rent in by Monday night. Commissary
drop the $$$ on Saturday's for now on!
I'ts better food overhere, I'm happy only
thing I wanna do is hear your voice up go to
try at least get visit!!! Oh yes and tell BSister
Send me pictures they know I'm a way when
I not transferred over here!

Love you so much 😘
Tell Jewel I love her
Les! Wessup w/ Mo? I need her #

HAPPY BIRTHDAY







B11-178
U.S.A. 2.00
CAN 2.50

© Fantus Paper Products
Chicago, Illinois

35

Made in U.S.A.

Slime B

{ HAPPY B-DAY, SLIME!
{ DAY, YNWDAY, Allday
{ Shit my nigga..!!! You grown now Slatt!! Damn

17 yrs old woe! We so fuckin lit when I Jump now you finna be Fully '/100 down loaded when I Jump! I gotta give the whole juat to the universe you already in tune %70 I gotta give you do other 30%! Shit lookin good Bro I miss you a lot 💜 You know you 3 death's in a my whole 💋!! You so fuckin legendary Big Bro! We hit 2.4 M's on 772 love Pt 3, I heard it too! You gassed dat Bhh!!! I don't even know when da fuck I recorded dat lol I got a more 772 love's 🐢 I wrote in here, GASSSSERRYY!!! Can't wait to shine on dat lame ass rapper niggas w/ my Blood Twin Brothers!! what most ain't youngnigga ask for? Aye Tyla fine af too, Oh yea they moud me to a wayy better Jail I explained it in da letter to ma shell read it to you

Thankyou so much for being da Best lil Brother any one could ever pray for my nigga! You know you taller den a nigga now so you "Lil Big Bra" lmaoo

BNS

Thinking of you on this special day, and hoping your birthday is perfect in every way.

But real shit my nigga I appreciate you for keepin my name alive d.g whole 5yrs and making a name for yourself! Young Self made nigga out da 772, da 2 wop any keep'n da Legacy Alive Bro you da fuckin Goat!! I'll be home in bout 3-4 months TWSJ God!! dis case gettin Dismissed!! Bro they threwall my Pcs away Send me 10pics of @Hyphy wifey, @thecolumbiana, @JuJuballie, 3 my girl Tyla @ 10pcs my bitch Scorpio! Do it TODAY BRO! I need some motivation Love you to da man and by Le ehhhh PSD guess