

**Sheriff Gregory Tony, Ph.D.**

## INTERNAL MEMO

Date:    November 19, 2024

To:      Assistant General Counsel Colin Hayes

From:   Major Kevin Corbett

Subject: Timeline Summary of Events ref Inmate Jamell Demons

---

Inmate Jamell Demons CIS 801900172 was arrested on February 13, 2019, on two counts of First-Degree Murder, which began his incarceration with the Broward County Sheriff's Office Department of Detention. Within the first 30 days of his incarceration, it was discovered that Inmate Demons was violating jail facility rules and regulations which began a continuous and escalating pattern of behavior and conduct putting the safety and security of the BSO Detention facilities at great risk of harm including being charged with additional criminal offenses of Tampering with a Witness in a Capital Proceeding, Conspiracy to Commit Tampering, Solicitation to Commit Tampering, and Plan/Direct Criminal Gang Activities, between the dates of April 10, 2023 and July 22, 2023 while in the custody of BSO. Timeline of events/incidents as follows:

- March 13, 2019 - Internal Disciplinary Report (D.R.) written for violations of Conduct Which Disrupts, Unauthorized Phone Use, and Unauthorized Phone Act. It was discovered that on February 17, 2019, Demons, initiated communication with his co-defendant, Henry Cortlen CIS 371900050, via a three-way call. A review of the jail security camera system verified that both inmates were present in their housing units communicating on the phone. Demons stated that he did not know it could not be done. Demons was found guilty on all charges and received 30 days disciplinary confinement with loss of privileges (LOP) by the D.R. hearing committee.
- March 17, 2019 - Counseled for not complying with instructions during cell inspection.
- March 18, 2019 - Counseled for not complying with instructions during cell inspection.
- March 29, 2019 - Because of policy violations regarding the usage of the phone, Inmate Demons had his phone privileges restricted to attorney calls only from March 29, 2019, to April 12, 2022. Between March 3 and March 15, 2019, there were a total of 24 phone calls made from Demons unique PIN. However, the inmate making the

call was not Demons, but another person portraying himself as Demons. This inmate got a civilian to put money onto another female's phone. Demons participated in the violation of policy as he would have to initiate the call by using his unique pin and having his voice verified before the calls could be placed.
- April 4, 2019 – Demons received two hours room restriction due to disorderly conduct.
- April 8, 2019 – Counseled for walking around the unit talking to other inmates instead of returning to his cell at the conclusion of his video visit. Demons lied to staff when asked if he was on a visit as Visitation then confirmed the visit had concluded. Later in the same shift, he was again counseled for the same behavior. After a second video visitation concluded Demons went to the phone to make a phone call instead of returning to his cell. During both occurrences the unit was in lockdown.
- May 2, 2019 – Demons was observed banging on unit window/door trying to advise staff that he wanted his door opened while feeding was conducted (he was reminded of rules against this).
- May 7, 2019 – Counseled for being loud and disruptive during lockdown.
- May 10, 2019 – Counseled due to being disrespectful towards staff and banging on the wall and window during headcount. When deputy addressed Demons he responded, "I don't give a fuck, I'm out this shit."
- May 11, 2019 – Demons was placed on two-hour room restriction for hiding in the shower and refusing to go back to his room during lockdown.
- May 13, 2019 – Demons stated to female deputy as she walked through unit, "Bitch you ain't no ass hoe."
- May 17, 2019 – Counseled for kicking and banging on the door.
- May 23, 2019 – Demons was placed on two-hour room restriction for hiding on the bottom tier after feeding during lockdown.
- June 3, 2019 – Demons was placed on two-hour room restriction for talking to other inmates in other units during an escort.
- June 8, 2019 - Demons was placed on two-hour room restriction for disrupting feeding and being disrespectful towards staff.
- June 14, 2019 – Counseled for being loud, disruptive, and banging door.
- June 24, 2019 – Counseled for being disrespectful towards staff, stating to the deputy that "she needs to go home, with her stank ass pussy, we know its stank because you be at work all day."
- June 30, 2019 - Demons was placed on two-hour room restriction for lying to the deputy stating that he had video visitation during lockdown.
- July 7, 2019 – It was noted that Demons was kicking and banging.
- July 8, 2019 – Demons, along with other inmates, were counseled for horseplaying, sending notes through the side activity doors, and not staying seated in the dayroom.
- July 12, 2019 - Demons was placed on two-hour room restriction for refusing to get up for class.
- July 12, 2019 - Demons was placed on two-hour room restriction for disrespecting staff by using obscene language per the sergeant.
- Jully 15, 2019 - Demons was placed on two-hour room restriction for refusing to get up for school.
- July 18, 2019 – Demons, along with the other inmates in the unit, refused to go to their

- cells in a timely manner at lockdown. Inmates had to be escorted back to their cells.
- July 19, 2019 - D.R. written for Threatening Another and Refusing to Obey an Order. Demons refused a verbal order to return to his cell after being disrespectful to staff. Demons stated, "fuck that shit I ain't doing that shit." The deputy attempted to provide a custodial touch to escort him to his cell and Demons then pushed his hand away and stated, "don't touch me motherfucker you don't know who I am." Demons continued, "I'll have my people take care of you in the streets." During the disciplinary hearing he stated to the committee that he never threatened the deputy or disrespected him. Demons was found guilty, and he received 20 days disciplinary confinement with LOP and ten days probation. During the hearing Demons asked if could serve his lockdown on the 8th floor because "I'm a celebrity and I don't want inmates in my face" and requested "what can I do to get there?
- August 9, 2019 – Counseled for having contraband trash bag in his cell.
- August 22, 2019 – Counseled for having contraband in his cell during search.
- August 25, 2019 – Demons had excessive clothing in his cell to include six boxers and four t-shirts which were confiscated.
- September 3, 2019 – Demons was placed on two-hour room restriction for communicating to people every time someone walked by the vestibule which disrupted the unit.
- September 4, 2019 – Counseled for disorderly conduct as Demons was banging at the door.
- September 5, 2019 – Demons, along with other inmates, was placed on one-hour room restriction for disrupting feeding and being disrespectful towards staff.
- September 8, 2019 - Demons was placed on room restriction for refusing to go into his cell after the facility was placed in lockdown.
- September 12, 2019 - Demons was placed on room restriction for lying to staff about having to use the restroom to get his door opened. After being told to go back to his cell inmate refused and only complied when the unit was placed on lockdown.
- September 12, 2019 - D.R. written for Threatening Staff and Conduct Which Disrupts. Demons used his towel to clog the toilet until the entire pod was flooded with water. The deputy entered the unit to turn off the water when Demons stated, "yes I flooded now go get your sergeant ill beat you all's ass I have real lawyers to get me out of here." Demons was found guilty and received 20 days disciplinary confinement with LOP and ten days probation. Demons admitted to flooding the cell but denied threatening staff.
- September 25, 2019 - Demons was placed on room restriction for passing/receiving items under another inmate's door.
- November 11, 2019 – Demons stated to staff "I'm gonna flood this bitch when you leave. These niggs playing with me."
- November 26, 2019 – Demons refused orders to go back to his cell, stating "Ya'll gonna stop fucking with my visits, ask about me. I'll flood this bitch."
- December 5, 2019 – Demons was moved to a different cell due to masturbating towards female staff.
- December 9, 2019 – Counseled for standing on the stairs while refusing to go to his cell for lockdown. Will receive two-hours room restriction.
- December 15, 2019 – Counseled for sitting on the unit table and after several orders

- to get off stating "Fuck your table, I'm not a inmate, I'm a superstar call the sergeant."
- December 18, 2019 – Counseled for talking to inmates in other units while in the vestibule area being escorted to attorney interview and then again upon his return from interview.
- December 25, 2019 – Counseled to stop passing notes through the door to the adjacent unit.
- January 5, 2020 - Demons was placed on two-hour room restriction for using profane hand gestures (both middle fingers) towards staff.
- January 8, 2020 – Counseled for refusing to obey commands to be seated in the dayroom as he kept getting up standing in the middle of the dayroom.
- January 16, 2020 – Demons was disrupting feeding by talking loudly and yelling across the dayroom while names were being called.
- January 17, 2020 - Demons was placed on two-hour room restriction for going to an unauthorized area (another inmate's cell) upon return from a visit. He refused orders to move stating that he didn't give a fuck and stating to the deputy that she is "a pussy ass hoe."
- January 17, 2020 – While retrieving his Fresh2U commissary order Demons started to dance and shout out which disrupted the unit.
- January 19, 2020 – Counseled several times for horseplaying during feeding.
- January 19, 2020 - Demons was placed on two-hour room restriction for standing in an unauthorized area.
- January 19, 2020 – Counseled to stop beating on the cell door to make music.
- January 22, 2020 – Counseled due to dancing in the dayroom area.
- January 22, 2020 - Demons was placed on room restriction for refusing to close his door after entering his cell.
- February 8, 2020 – Demons, along with other inmates, refused to comply with orders during recreation and had their next recreation revoked.
- February 12, 2020 – Demons was placed on two-hour room restriction for being in an unauthorized area (another inmate's cell) and refusing orders to have a seat in the dayroom.
- February 20, 2020 – Counseled for refusing to obey several commands to have a seat in the dayroom. He repeatedly walked around, stood around, on the bottom or top tiers, regularly at another cell besides his own or the window.
- February 20, 2020 – **Incident Report written, case #90-2002-006793** – Demons was involved in a multi-inmate physical altercation inside unit dayroom area.
- February 20, 2020 – D.R. written for Fighting with Another and Conduct Which Disrupts. During the disciplinary hearing Demons told the hearing committee to review the cameras. Demons was found guilty and received 30 days disciplinary confinement with LOP.
- March 1, 2020 – Counseled for disrupting headcount by asking the deputy "are you married?"
- March 2, 2020 - Demons one hour out of cell revoked because he, along with other inmates, were yelling and disrupting uniform exchange, refusing orders to stop.
- March 28, 2020 – Counseled for sitting on the dayroom floor.
- April 11, 2020 – Demons was observed in the dayroom throwing a roll of toilet paper

in the air. When the deputy ordered him to stop, he threw the roll at the unit entrance door. He then refused orders to return to his cell for his behavior.
- April 13, 2020 – Demons, and other inmates, were counseled for rude and disrespectful behavior towards staff.
- April 15, 2020 – Counseled by the lieutenant for belligerent behavior.
- April 23-24, 2020 – Demons refused numerous attempts at vital/temperature checks and testing for COVID-19, even after command staff counseled him about it.
- April 29, 2020 – Demons refused to get off his bunk stating, "I refuse everything."
- April 30, 2020 – Counseled for using profanity towards staff and refusing to follow orders.
- May 4, 2020 – D.R. written for Refusing to Obey an Order and Conduct Which Disrupts. Demons refused to allow WellPath medical staff to administer the Covid 19 test. During the disciplinary hearing Demons stated that he took the test the following day. Demons was found guilty and received 30 days probation.
- May 31, 2020 - Demons was placed on room restriction for not wearing his facial mask.
- July 4, 2020 - Demons was placed on room restriction for refusing orders to go into his cell after his allotted time out expired.
- October 9, 2020 - Demons was placed on room restriction for refusing orders to go back into his cell after his allotted time out expired.
- October 14, 2020 - Demons was placed on room restriction for contraband found inside of his cell during an inspection.
- October 18, 2020 – Counseled for not properly wearing his face mask.
- October 21, 2020 – Counseled for standing in the dayroom by the railings and not practicing social distancing.
- October 25, 2020 - Demons was placed on room restriction for refusing to go back in his cell as he was trying to hide while on the phone.
- October 30, 2020 – Demons' playing cards confiscated as he was improperly using them to gamble.
- November 9, 2020 – Demons and others were placed on room restriction for prolonging the time out for their dayroom access.
- November 28, 2020 – Counseled for extra clothing and linen during search.
- December 9, 2020 – Counseled for refusing to go in after his allotted time out expired.
- December 19, 2020 – Counseled for excessive kicking/banging on the cell door.
- January 1, 2021 - Demons was placed on room restriction for hiding in an unauthorized area during lockdown.
- January 28, 2021 - Demons was placed on room restriction for not returning to his cell when his allotted time expired.
- February 2, 2021 - Demons was placed on room restriction for being in an unauthorized are during feeding.
- February 12, 2021 - Demons was placed on room restriction for not following housing rules and regulations.
- February 13, 2021 – Demons' visitation was cancelled due to him ignoring the visitor and allowing other inmates an opportunity to speak with the visitor.
- February 21, 2021 - Demons was placed on room restriction for being in an unauthorized area when he was supposed to be in his cell.

- February 25, 2021 – Counseled for delaying lockdown.
- March 8, 2021 - Demons was placed on room restriction for being in an unauthorized area of another inmate's cell talking when he was supposed to return to his cell after video visitation.
- March 12, 2021 - Demons was placed on room restriction for being in the dayroom after his allotted time out expired.
- March 25, 2021 – Counseled for having excessive, altered, or unauthorized items during inspection.
- April 2, 2021 - Counseled for having excessive, altered, or unauthorized items during inspection.
- April 5, 2021 – After being allowed out for video visit, Demons was observed on the phone. He refused to return to his cell and get off the phone. The deputy had to go into the unit, and he still refused. His next video visitation was cancelled as a result.
- April 14, 2021 – When asked to wear his face mask properly Demons refused and became confrontational.
- April 15, 2021 – Demons was placed on room restriction for being in an unauthorized area on the phone while out for medication rounds.
- May 4, 2021 – Counseled for disobeying staff. When staff tried to have the visitor, per the request of Video Visitation, provide credentials for the visit, Demons became irate and refused to allow the visitor to be verified. As a result, the visit was terminated. Demons proceeded to use the phone and when ordered to get off he responded with profanity. Shortly thereafter, while staff responded to a back-up call, Demons was observed on the phone and was given several directives by the sergeant to get off. Demons refused and stated, "fuck do I have to go to my cell for" and became aggressive towards staff at which time he was escorted to his cell.
- May 4, 2021, Cont'd - During a video monitor spot check by Video Visitation staff it was discovered that Attorney Raven Liberty was allowing non-attorneys to use her log-in credentials to conduct privileged, non-recorded video visitation with Demons. As a result, BSO permanently restricted all video visitation privileges for Ms. Liberty.
- May 21, 2021 – Demons was placed on room restriction for delaying lockdown, remaining on the bottom tier when his time out expired.
- June 2, 2021 – Demons was placed on room restriction for being in front of another inmate's cell after medication rounds instead of returning to his cell.
- June 12, 2021 – Counseled for horseplaying in the dayroom.
- July 6, 2021 – Demons placed on room restriction for refusing to return to his cell when his out of cell time expired.
- July 12, 2021 – Demons placed on room restriction for refusing to go back to his cell upon returning from recreation.
- July 19, 2021 – Counseled for walking away from the deputy in the hallway.
- July 30, 2021 – Demons placed on room restriction for being out of cell hiding on bottom tier when out of cell time expired.
- August 9, 2021 – Demons placed on room restriction for refusing to into his cell after a visit, instead he got on the phone and refused all orders.
- August 17, 2021 - D.R. written for Conduct Which Disrupts and Disobeying Facility Regulations. Demons violated the video visitation policy by engaging and encouraging

inappropriate behavior during the visit. His mother, Jaime King was taking pictures of the video visit. During the hearing inmate Demons stated, "this is double jeopardy because I already had my visits taken for 90 days." Demons was found guilty and received 30 days disciplinary confinement with LOP.
- August 18, 2021 – Command permanently suspended Demons' off-site video visitation privileges due to his refusal to adhere to the visitation rules. All visits would now have to take place on-site at the Visitation Center. To date there had been 110 different video visitation violations. He repeatedly violated policy, was suspended on multiple occasions, but would continue violating once reinstated.
- August 23, 2021 – Attorney Liberty requested to see Demons and when advised she couldn't because he was in quarantine, she stated she called (but couldn't say who she spoke with, or number called) and she was told he was out of quarantine. Sergeant had to be called to speak to her and when offered a code to see him via video visitation she refused.
- September 7, 2021 – Demons ignored numerous verbal orders to get away from the dayroom glass.
- September 23, 2021 – Demons placed on room restriction for staying in the shower after his allotted time expired.
- February 24, 2022 – Demons had excessive shirts/sweaters during search.
- April 6, 2022 – Demons' video visitation privileges suspended for 90 days due to repeated violations.
- April 7, 2022 - Due to Demons' constant manipulation of the phone system, an order was given that phones are to be always turned off in Demons' assigned housing unit when he is out. Only attorney calls with a sergeant on post on-viewing him will be allowed.
- April 11, 2022 - **Incident Report written, case #90-2204-003478** - A confidential tip was received regarding Inmates Lewis, Nicholas CIS 251501066 and Demons, Jamell CIS 801900172, regarding a plan to escape from the jail by having Demons' attorney bring in two handcuff keys to aid in the escape. Additionally, it was alleged that Lewis was selling drugs, but the confidential informant did not provide any other details about the drugs or location. A search was conducted in both inmates' cells, and one metal shank, two razor blades, two Bic Lighters, and 13 rolling papers were found in inmate Lewis's cell. During a strip search of Lewis 16 pills were also discovered on his person; he did not have a prescription for the Seroquel and Klonopin controlled substances. Because the information received was that Demons' attorney would be bringing in handcuff keys, BSO immediately temporarily suspended in-person attorney visitation for both inmates.
- April 11, 2022 - D.R. written for Possession of Unauthorized Articles. As a result of a search, Demons was found to be in possession of a pen and excessive amounts of commissary. During the hearing Demons stated, "I had no idea the pen was there." Demons was found guilty and received 30 days probation.
- April 13, 2022 - BSO resumed in-person visitation for Demons' attorney's, Raven Liberty, David Howard, and Stuart Adelstein, but for security purposes the visits were conducted through a barrier with separated rooms sharing a window and a telephone.
- June 18, 2022 – Demons refused to go back to his cell after several orders and once finally back in he began to bang on the cell door.

- August 25, 2022 - D.R. written for Conduct Which Disrupts and Unauthorized Use of Telephones. Demons was discovered using Inmate Brown Arvis's telephone pin to utilize the phone. During the disciplinary hearing Demons stated, "I did use his pin without his knowledge." Demons was found guilty and received 30 days disciplinary confinement with LOP.
- September 7, 2022 - Ms. Liberty filed a motion in Demons' criminal case to remove all of Demons' visitation and communication restrictions.
- September 15, 2022 – Demons, despite his phone restrictions, conducted a relay phone call to his girlfriend, Erran Barnett, through another inmate (relay inmate), who was using a third inmate's unique PIN. At the 3 minute 30 second mark of the call, Barnett says "Did he see my pictures? I sent *her* my pictures, like days ago…" The relay inmate repeats "Did you send *him* your pictures?" She says, "His *lawyer*." The relay inmate says "No, he did not get them." The female says "No? Tell him if *she* don't got them to him by next week imma beat *her* ass." Barnett continued discussing Demons' female attorney in the call. At the 11 min 25 second mark of the call, the relay inmate reiterates "My job is to repeat everything that goes on, on this phone."
    - It should be noted that attorneys are prohibited from bringing personal items into the jail and passing them to an inmate, and doing so is a violation of Florida law and jail rules. This conversation, coupled with previous incidents, heightened security concerns regarding Inmate Demons and his female attorney Raven Liberty.
- September 16, 2022 - Demons was allowed to use the phone to call his lawyer. Instead of calling his lawyer, Demons utilized another inmate's PIN to call his girlfriend Barnett. At the 7 minute 30 second mark of the call, Demons tells her "Hey, I'm supposed to be talking to my lawyer. Whenever they call you, be like 'Is this Ms. Liberty? Is this this person? Just be like yup, yup, yup'." Barnett responds, "When who calls?" Demons responds, "When I call, they going to be 'is this the lawyer for Jamell?' Just say, 'yes'." Barnett says, "When are they going to do that?" Demons says, "One of these days. Be prepared."
- September 19, 2022 – Office of the General Counsel Christian Tsoubanos advised that the hearing for Demons' motion to remove jail restrictions was set for September 27, 2022. Based on Demons continued and escalated violations with the jail phone system, Tsoubanos advised command that they may prohibit all phone calls until everything is addressed in court.
- September 20, 2022 - Demons placed on room restriction for refusing to go back into his cell upon completion of his allotted time out. Instead, he went to take a 10-minute shower.
- September 21, 2022 - BSO reinstated regular, non-barrier, in-person visitation for attorneys David Howard and Stuart Adelstein.
- From February 13, 2019, until September 21, 2022, Demons has continuously violated BSO jail phone rules by facilitating three-way calls to speak with his co-defendant, utilizing other inmates' personal identification numbers (PIN) to make calls, and conducting relay calls using other inmates to send messages on his behalf. During this time 3041 calls were made by Demons, or other inmates on Demons behalf, to his girlfriend Erran Barnett, alone. Only 22 of these calls were made using Demons' PIN number.

- September 22, 2022 – While on complete phone restriction, it was discovered that phone PINS for four different inmates were used by Demons to facilitate calls made by him and other inmates, to include those inmates making relay calls for Demons.
- September 26, 2022 – It was discovered that an inmate used another inmate's PIN to make calls for Demons. This included a three-way call to Demons' mother requesting that she add $100 on his account and another un-identified person's account.
- September 27, 2022 - Court Hearing on Demons' Motion to Remove Visitation, Communication, or Interaction Restrictions was conducted. BSO Assistant General Counsel Christian Tsoubanos asked Raven Liberty if she received or accepted photographs from Demons' girlfriend, but attorney Stuart Adelstein instructed Liberty not to answer, that she did not need to answer that question. Later in the hearing, the question was posed a second time to Ms. Liberty but again Mr. Adelstein interrupted advising her that she did not need to answer.  Ms. Liberty did not answer the question.
    - Mr. Adelstein conceded there were phone violations and did not contest BSO's phone restrictions any further.
    - Judge Siegel did not restrict BSO from utilizing barrier visits for Ms. Liberty. BSO was instructed to find an alternative barrier space to accommodate the entire defense team to meet with Demons.
- October 27, 2022 - D.R. written for Conduct Which Disrupts. The Investigations Division discovered that Demons had passed a note from unit two to unit one, instructing inmate Lamar Johnson to make an unauthorized telephone call from Demons and to share his personal telephone PIN. During the hearing Demons admitted that he slid the note, however according to Demons the note did not request for the inmate to make a call. Demons was found guilty and received 15 days lockdown with LOP.
- November 3, 2022 – Demons threatened staff stating that he "was gone attack staff when he comes out his cell he gone beat staff ass, all because he know he's on LOP."
- November 15, 2022 - **Incident Report written, case #90-2211-004940** - A letter was discovered by the BSO mailroom that appeared to be suspicious. The letter was from Inmate Jamell Demons CIS 801900172, with noted PO Box 9356 addressed to the Law Firm of Erran Barnett 2604 ElkHorn Drive Little Elm Texas. The address was confirmed to be a residential address and not an attorney's office. Erran Barnett is the girlfriend of Demons who he had previously told to identify herself as an attorney when he was only allowed attorney's phone calls.
- November 15, 2022 - D.R. written for Counterfeiting a Document and Unauthorized Use of Mail. During the hearing Demons stated, "I am guilty I did not want staff to read my mail to my girlfriend." Demons was found guilty and received 30 days probation.
- November 29, 2022 - It was discovered that Demons used Inmate Marcos' CIS 132201044 phone PIN to call his girlfriend Erran Barnett, 40 times since November 19, 2022.
- November 29, 2022 - Inmate Scott, Dexter made a call for Inmate Demons to his mother because Demons' phone privileges were restricted. Demons said he wanted posts on Instagram about this incident. Demons requested that Raven see him that day.
- November 30, 2022 - Demons was relocated from to another unit, housed alone in a cell. Demons was not allowed to use the phone under any circumstances.

- December 1, 2022 – Counseled for having inappropriate pictures in his cell. When the sergeant attempted to remove the contraband Demons yanked the picture from her hand in an aggressive manner.
- December 3, 2022 – Main Jail command received communication about a social media post made from Inmate Demons on his Instagram account containing a photograph of Demons in the jail. The post referenced command staff names and alleged mistreatment in the jail. A search of Demons and his cell was conducted with negative results for a potential cell phone. Demons was medically assessed, and he advised he did not want any medical treatment, that he was not suicidal. It should be noted that Demons had an Attorney Interview the previous day, on 12/2/22, with Liberty, Raven. See inmate movement history and social media post below.



akademiks



4:03

Instagram

183,176 likes

ynwmelly In the picture taken over a year ago I am smiling, but as I speak to you from My cell at this very momment I am weeping in the present. I have been mute For years about the mistreatment, discriminition and misuse of authority mentally& emotionally abuse, I have been suffering and in fear B.S.O staff Captain Archibald Captain Hubert. XO Jean Baptiste and XO Jenkins are just A few names of high ranked staff that have enforced this treatment. On April 8th I was told I was not allowed to use the phone indefinitely (which mean forever) captain Archibald Revoked my calls for using another inmate pin to talk on the phone, usually when Someone get disciplined for this It is usually phone restricted for 30 days it is now going for 8 months, no other inmate in this jail is being treated this way. I haven't spoke to family, friends, managers and accountants for months at a time making it impossible



To pay my bills and take care of my house hold lively hood, or even talk to anyone for relaxation for pleasure and stress relief and worse to handle lawyer fees. B.S.O is aware of this, I am being hidden from the world not hearing my family voices has mentally & emotionally tortured me into deep depression this is entrapment I was never given a fair warning that talking on another inmate pin was wrong, the holidays are approaching not to mention my mother birthday is on Christmas Day not only is this torture to me its torturing them. I am innocent until proven guilty and I have all rights to talk to my family, who ever took my privillages have a personal vendetta towards me, this is true mistreatment and discrimination plus pain and suffering and I cannot do my time like this Awaiting trial being secluded because of my celebrity status and my social media following Sheriff @bsosherifftony Please get on top of this situation Somebody please help me!! @saycheesetv @akademiks @nojumper @meekmill @kimkardashian @300ent @joebiden

View all 4,444 comments

vnw.hortlen Share

  

@akademiks

- December 13, 2022 – Demons had a postcard with an inappropriate picture on it which was disposed of.
- January 1, 2023 – Counseled for talking through the toilet pipes to other inmates.
- January 27, 2023 – Counseled for passing things to other inmates and standing at other inmate's cells.
- January 28, 2023 – Counseled about not talking or passing anything to other inmates through the side door or they will get room restriction.
- January 28, 2023 – Demons stated to staff, "I know they are watching me so I'm going to give them something to watch" and starting dancing, yelling, and falling on the floor while in the dayroom.
- February 2, 2023 – Counseled for standing up on the dayroom table demanding the TV be turned on.
- February 2, 2023 – Counseled for another inmate retrieving an unknown item from under the connecting side unit door and sliding it under Demons' door.
- February 3, 2023 - State Representative Michael Gottlieb sent an email to Christian Tsoubanos asking why inmate Jamell Demons was not allowed to use the phone, which Christian responded that due to Demons behavior it is a threat to the security of the facility and time will not remedy the previous violations (tampering with witnesses, three-way calls, and manipulating the system).
- February 7, 2023 – **Incident Report written, case #90-2302-002153** - A letter was discovered in the BSO mail marked confidential legal mail with a nonexistent address. Sending a letter to a nonexistent address is a known method used by inmates to communicate with one another to conduct criminal activity while in custody. The

process uses the United States Postal Service to return the letter to the return address hoping it is returned to the inmate without security staff reading the letter. The content of the letter was reviewed and identified that the letter was sent from inmate Alexander, Gregory CIS 222200222, also housed at the Main Jail Bureau. The return address of the letter was Jamell Demons CIS 801900172, with his housing location. Alexander wrote that he was sent to confinement for helping Demons contact his friends and family. Demons currently has no phone privileges due to witness tampering charges. Alexander tells Demons that he still wants to help him. Alexander received a D.R. regarding this matter.
- February 13, 2023 – During inspection, excessive clothing and other contraband items were confiscated.
- February 15, 2023 - Inmate Taylor, Carrington CIS 502102708 made a call to Erran Barnett (girlfriend) for Inmate Demons.
- February 17, 2023 – Counseled for standing and walking around the dayroom while GED teacher was inside the unit.
- February 17, 2023 - D.R. written for Conduct Which Disrupts, Unauthorized Use of Telephone, and Disobeying Facility Regulations. Demons had inmate Taylor make a telephone call on his behalf. Through investigation it was discovered that Demons placed a note under his cell door to provide it to another inmate who was on their allotted cell time out. The inmate placed the note under unit one door for Taylor. Taylor was observed on the security camera system making a phone call for Demons while reading from the paper he was provided. The phone call was made to Jamie King his mother. The DR was thrown out due to a technicality of infraction time being documented one-minute different vs the narrative.
- March 4, 2023 – Counseled for trying to talk to inmates in adjacent unit.
- March 8, 2023 – During inspection excessive items were found in cell. When told to hand over the items Demons became irate stating, "You be doing too fucking much" and threw a food tray nearly hitting her.
- April 24, 2023 – Demons spoke to a nurse when leaving for court and admitted that he has been talking through vents to other inmates.
- May 4, 2023 – After questioning the sergeant about the television, Demons became irate stating "fuck you, I'm gone make y'all time hard." And he began to threaten the sergeant before sticking up his middle finger at her while she was exiting the unit.
- June 22, 2023 – Demons threw a book towards the top tier for another inmate and told the deputy "I just threw the book up there, all you gotta do is give it to him nobody else say anything." Demons was then counseled after calling the deputy a "Bald headed ass hoe."
- July 16, 2023 – Counseled for tampering with the cell door locking device to keep the door from being secured.
- August 22, 2023 – Demons placed on room restriction for refusing to go back to his cell after his allotted time out, causing the sergeant and other staff to be called to gain compliance.
- August 24, 2023 – Demons was having issues contacting his attorney and staff attempted to assist him in the matter by reaching out to the Office of General Counsel. Later, during the same shift, when his allotted time out expired Demons refused to return to his cell as he wanted to talk to his attorney and his mother.

- August 25, 2023 – Demons was observed placing a note on the bottom tier area before lockdown to have another inmate pass it through the door to the adjacent unit.
- September 1, 2023 - **Incident Report written, case #90-2310-002433** – After receiving information that Inmate Howard, James CIS 502001763, was in possession of kites (letters/notes) written by Inmate Demons, housed in the adjacent unit, for Howard to make unauthorized calls and/or to contact others on behalf of Demons, a search of the unit was conducted. Several handwritten letters/notes that could have been messages from Demons were removed from the cell and photos were taken of phone numbers that could be potential contacts associated with Demons. On the same date information was provided indicating Inmate Mathis, Terrence CIS 501803422 may also have in possession of kites written by Demons. The kites were given to Mathis in the past to make unauthorized calls and/or to contact others on behalf of Demons. A search was conducted of the cell assigned to Mathis, and additional kites were removed from this cell. The kites gathered from the two cells were collected and handed over to BSO Special Investigations Division (SID) Detective ▮▮▮▮▮ who received the items on September 28, 2023.
- September 19, 2023 - Bureau of Investigations and Projects (BIP) Executive Officer Lieutenant ▮▮▮▮▮ received an email from SID Sergeant ▮▮▮▮▮ who stated that he and his team have been communicating with an informant (inmate). Sergeant ▮▮▮ advised the following: During Sergeant ▮▮▮ interview with Inmate Pinkney, he advised that current inmates YNW Melly (Inmate Jamell Demons), Vot, T-Man, and Stunna are currently selling "paper dope" with laced fentanyl and abdominal fluid to molly which is sprayed onto the mail and later used by sniffing it, smoking it, or placing it over your tongue and letting it absorb. According to the informant he advised that inmates are receiving the laced mail from an unknown outside source and selling it to other inmates in exchange for commissary, money, and/or food. the informant advised that he has personally bought the laced mail from inmates, YNW Melly, T-man and VOT on several different occasions. In addition, the informant advised that everyone knows he is an addict and could buy from anyone inside the jail who sells "paper dope." According to the informant he advised that YNW Melly is a current gang member who reps the BLOOD set and while on the same floor YNW Melly was providing him and other inmates the narcotics. However, the informant advised that YNW Melly recently changed floors.
- September 22, 2023 – **Incident Report written, case #90-2310-002434** - BIP Deputies ▮▮▮ and ▮▮▮ responded to the Main Jail to speak with Inmate ▮▮▮ for the possibility of any recent information regarding paper dope being brought into the jail. ▮▮▮ informed that "Melly the rapper" (further questioning he confirmed he meant YNW Melly [Jamell Demons]) currently had a yellow document with the mentioned laced paper dope. BIP K-9 Deputy ▮▮▮ and Sergeant ▮▮▮ responded to the Main and conducted a thorough search of Inmate Demons' cell and legal paperwork. The mentioned yellow papers with drugs were not located. ▮▮▮ searched all of Demons' legal mail in Demons' presence. ▮▮▮ discovered 2 makeshift notebooks/telephone books that were stapled which was apparent contraband. Demons was advised by ▮▮▮ that he could not keep the notebooks/telephone books which he stated he understood. Deputy ▮▮▮ updated Demons contact card noting that Demons agreed that he could not keep the makeshift

books which were seized by staff. Pictures were taken and ▓▓▓ sent everything to SID Detective ▓▓▓.

- **October 3, 2023 – Probable Cause Affidavit submitted for witness tampering by Demons and his accomplices in a capital murder case.**
  It is also to be noted that within the PC there is telephonic evidence and witness testimony to indicate the Demons and his accomplices were introducing narcotics laced paper into the jail.
- October 4, 2023 - BIP Deputy ▓▓▓ was assisting SID Detective ▓▓▓ regarding having various security system videos recorded with the assistance of DOD Records Custodian Heather Connor. These instances were observed while compiling a list of video footage as to the 1 hour out of inmate Demons, Jamell 801900172 Main Jail. In the process, ▓▓▓ identified the following:
    - 9/08/23 at 12:14 hours to 13:03 - Inmates in unit 3 conversate with Demons in the vestibule during haircut (45 min.).
    - 9/18/23 at 15:12 hours to 15:14 - Inmate from unit 3 can be seen passing a trash bag under the door to Demons in unit 2 (unable to determine if anything else was passed, for example a note).
    - 9/18/23 at 15:19:35 hours - Inmate Demons is on the window of the dayroom of unit 2 to signal inmate Howard to go over to the unit door that separates unit 2 and unit 3. Once at the door they begin to communicate.
    - 9/18/23 at 15:20 to 15:21:30 hours – Inmate Howard and Demons speak through the side unit door that separates the units 2 and 3.
    - 9/18/23 at 16:49 hours - Inmate Howard appears to hand over a kite (letter/note) to an inmate who then passes the note under the unit door that separates Unit 2 & 3.
    - 9/18/23 at 16:49 to 16:50 hours - Inmate in the dayroom picks up kite (letter/note) passed under the door from inmate and delivers it to inmate Demons under his cell door.
    - 9/22/23 at 15:32:54 hours Demons walk out of his cell with what appears to be an envelope and passes it to another cell after licking it sealed.
    - 9/22/23 – Previously mentioned inspection/search started at 13:35 hours ended at 14:06 hours.
- October 8, 2023 – Counseled for standing on the dayroom table to turn on the television after the deputy turned it off.
- October 17, 2023 – Demons was add-charged for his criminal actions while in-custody for the following charges: Directing the activities of a criminal gang, solicitation to commit tampering, and conspiracy to commit tampering.
- October 22, 2023 – Wellness check completed on Demons as his mother complained about his wellbeing, not being able to communicate with him. He was assessed by medical and found to be in good health and was referred to mental health. His mother was reminded to continue using the U.S.P.S. to communicate with her son and she acknowledged she understood.
- November 13, 2023 – Counseled for standing on the dayroom stool and dancing.

- November 16, 2023 – D.R. written for Refusing an Order by Staff, Conduct Which Disrupts, and Damaging Government Property. Demons became upset about the TV inside the unit not being turned on. Demons began then tearing BSO posters attached to the wall and jumping on multiple tables within the unit. During the hearing no statement was given by Demons. The hearing committee found Demons guilty, and he received 15 days disciplinary confinement with LOP and 15 days probation.
- November 23, 2023 – Demons placed on room restriction for refusing to go to his cell at the conclusion of his allotted time out; instead, he stated to staff "fuck you" while going to take a shower instead.
- December 26, 2023 – Counseled for being in an unauthorized area near the dayroom window during his out of cell time.
- January 4, 2024 – Counseled for attempting to hide on the bottom tier area to prevent the deputy from seeing him due to his out of cell time expiring.
- February 20, 2024 - Email received from Catherine Garvey lilcat@icloud.com. Garvey mentioned that she was concerned about Demons' mental health due to being locked up for 5 years and has been in 23 hours lockdown for over a year with no calls, no letters, and has been unable to speak to loved ones. (It should be noted that this complaint was not entirely accurate. Demons had, and still has, full access to communicate with loved ones through written correspondence. Also, his attorneys had, and still have, access to see him for in person visits during normal timeframes per policy like any other inmate.) As a result of the complaint, a wellness check was completed on Inmate Jamell Demons. Medical, Mental Health, and the Main Jail command all noted no issues during their visits with him. Demons just had complaints about lack of communication via phone/visit with his family.
  - February 22, 2024 – Wellness check completed on Demons, assessed by medical, and he stated that he was good. He was also counseled about graffiti on cell wall.
  - February 22, 2024 – Demons refused to get in line to receive his food.
  - March 8, 2024 - Inmate Cappas, Alvaro CIS 172300665 was out on his hour out of cell time and passed a note to Inmate Demons.
  - March 10, 2024 - The assigned deputy retrieved a note from Inmate Cappas and hands it to Demons and Demons passes it along to Inmate Golding, Devon CIS 502302484. Shortly later Golding slides Demons a piece of paper from underneath his cell as Demons is out on his one hour out of cell time. (2 other instances where notes are passed through and too Demons)
  - March 19, 2024 - An anonymous call was received by the video visitation center requesting to speak to Inmate Jamell Demons. They were notified that Inmate Demons would have to contact them. The anonymous caller sounded like a young male. The anonymous caller also stated that he heard on YouTube, that Jamell Demons had a cell phone in his cell. A thorough search of the unit and all inmates in the unit was conducted by staff. No cell phone was found.
  - March 20, 2024 – Demons placed on room restriction for refusing to return to his cell after his allotted time expired, instead he went to take a shower.
- [redacted]



- March 27, 2024 - While reviewing surveillance video, K-9 Deputy ▮▮▮ observed on March 14, 2024, a kite by means of a folder paper on the floor of the unit. At 1405 hours she observed a deputy enter the unit through the side door and go grab the paper and place it in his pocket. He then goes upstairs and then back downstairs and hands the paper to Demons. The deputy then picks up two small bags which appear to possibly be chips in front of Demons' cell and delivers them to the adjacent unit, directly to the cell of Inmate James Howard
- March 27, 2024 - A search/inspection was completed on the 5th floor, to include Demons' cell, and several papers were found in his possession of women wearing lingerie.
- March 27, 2024 - **Incident Report written, case # 90-2403-010718** – During the search several sheets of gang information were discovered in Demons' cell, along with other inmates in the unit. The papers were confiscated and turned over to BSO SID Detective ▮▮▮ on April 4, 2024.
- March 29, 2024 - While reviewing surveillance footage, Deputy ▮▮▮ observed that on March 28, 2024, at 1415 hours, the deputy was at the control room computer looking at what appeared to be female pictures. Shortly after, at 1426, the deputy was observed exiting the control room and entering the unit to give Inmate Demons the papers he printed containing the photos. At 1433 hours, Demons is let out of the unit and into the vestibule area and approaches the control room while the deputy and the detention technician are viewing pictures in the control room and then are observed giving Demons the pictures through the control room open flap. Demons was also observed giving papers containing the pictures to his adjacent cell mate underneath the door. Internal Affairs was briefed and responded to the unit. The BSO deputy and detention technician were relieved of duty and suspended with pay. The deputy since resigned on September 5, 2024, while still under investigation. The detention technician was terminated.
- March 29, 2024 - Another search was conducted in the unit after the information from March 27 received. More papers containing pictures and two kites were discovered in Demons, and the adjacent cell, housing inmate Golden, who also had papers with pictures. SID Detective ▮▮▮ and Sergeant ▮▮▮ were advised of the kites found. As a result of the events and manipulation of staff, coupled with the many previous security breaches and alleged witness tampering, Demons was relocated to the Paul Rein Facility, to be housed by himself. The Emergency Response Team (ERT) successfully moved him without issue.
- On April 1, 2024 - The ERT assumed responsibility of keeping watch of Inmate Jamell Demons while he was housed at the PRF by himself with no other inmates.

- April 1, 2024 – Action Plan instituted as to how to deal with Inmate Demons while housed at PRF.
- April 3, 2024 – Demons inquired why ERT staff was supervising him and how long they would be. Demons then asked the ERT deputy what kind of music he likes to listen to.
- April 4, 2024 - Inmate Jamell Demons' glasses were confiscated by ERT Deputy ▆▆▆▆ due to not having a medical pass or any proof that the glasses were his and as result they were placed in his property.
- April 6, 2024 – During cell inspection numerous soft contraband items were found.
- April 6, 2024 – Demons became agitated with staff when informed he could not bring the food from feeding into his cell.
- April 10, 2024 – During cell inspection soft contraband was found.
- April 13, 2024 – Counseled for asking personal questions to staff about what the staff member would do if he had a million dollars.
- May 10, 2024 – Counseled for leaving cell at approximately midnight without asking permission to use the bathroom during lockdown.
- June 23, 2024 – Counseled for eating in an unauthorized area of the dayroom.
- June 30, 2024 – After being informed that he couldn't go out to recreation on Charlie shift Demons "became agitated and had a temper tantrum."
- July 4, 2024 - WellPath Nurse Rictoria Simpkins was prohibited entry into all BSO facilities due to her going to see inmate Demons two times with no valid reason for her to show up to the PRF housing unit he was housed in. She was a new nurse who was utilized for mental health and was also an LPN. First attempt she said she was checking on him regarding labs at which time Demons ask her what her days off were. When the nurse returned, she asked the ERT deputy to give Demons a sticky note that had her name and telephone extension on it for him to call her with any mental health issues.
- July 15, 2024 – Counseled about wearing his uniform improperly out of his cell.
- August 12, 2024 – Demons was relocated back to the Main Jail Bureau and housed in a unit by himself. ERT was relieved from being responsible for supervising inmate Demons at this time. Excessive in-cell allowable items were confiscated at this time.
- August 20, 2024 – Counseled for beating on the table.
- September 2 and 9, 2024 – Main Jail captain conducted a wellness check on Demons. It was noted that he needs to clean cell/remove graffiti from walls.
- To date, it should be noted that Demons has had 249 visits from his attorneys and investigators.

**Summary:**

Since 2019, Jamell Demons has continuously violated BSO jail rules and regulations and committed new crimes while incarcerated. He continued to commit these violations during 30 and 90 day suspensions of various phone, visitation, and housing privilege restrictions that have been placed on him throughout the years. He manipulated the jail phones system to such an extent, by facilitating three-way calls to speak with his co-defendant, utilizing other inmates' personal identification numbers (PIN) to make calls, and conducting relay calls using other inmates to send messages on his behalf, that the

safety, security, and integrity of the jail is at great risk. Since his arrest, thousands of calls were made by Demons, or other inmates on Demons' behalf, to Erran Barnett, Demons' girlfriend, and others. His abuse of the video visitation system included his attorney allowing his girlfriend to visit him covertly, he used it to do a go Live video and conduct an interview on a local radio show in 2020, and his visitors have also posted pictures of visits on his Instagram account. He has utilized other inmates, staff, his attorney, and other individuals in his circle to assist him with facility rule violations. There is also evidence that he has been involved with smuggling/selling drugs in the jail, and through his mother and girlfriend payments have been made to other Bloods members regarding their different illegal/illicit activities. Through all this, Demons has not only violated internal jail rules, jeopardizing safety/security of operations, but he has committed additional crimes which he has been charged with, and there are still open investigations into additional criminal activity.

Inmate Demons has been housed in the Main Jail, in the unit by himself since August 12, 2024. Even though he is a high-risk administrative inmate, he is treated like a general population inmate for housing purposes, where he is allowed out of cell time during Bravo and Charlie shifts just like the two adjacent units. As such, the following applies to his current status:
1. He has free reign to use the television and shower during his time out.
2. He is getting recreation at the same schedule as other administrative inmates, as weather permits.
3. He is allowed to send/receive mail as any other inmate with no restrictions on regular or privileged mail.
4. His attorneys have normal, non-barrier, attorney visitation access. However, Investigator Reginal Hope and Attorney Liberty Raven are restricted to barrier visits only. If an attorney brings either of them, a barrier visit will be conducted.
5. He does not have phone privileges.
6. He does not have video visitation privileges.

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.: 24-cv-62080-MD

JAMELL DEMONS,

    Plaintiff,

v.

SHERIFF TONY GREGORY, et al.,

    Respondents.

_____/

## AFFIDAVIT

STATE OF FLORIDA    :
COUNTY OF BROWARD  :

    BEFORE ME this day personally appeared Major Kevin Corbett who, being duly sworn, deposes and says:

1.    I am presently employed as a Major by the Broward County Sheriff's Office. I am in command of BSO's Department of Detention and Bureau of Investigations.

2.    Since March of 2021, I have been employed as a Major by the Broward County Sheriff's Office in the Department of Detention. Prior to that, I was a Captain in the Department of Detention from November of 2019 to February of 2020 and then a Captain at policy and accountability at BSO public safety prior to being promoted by Major.

3.    I have personal knowledge of the facts contained herein and intimately familiar with Inmate Jamell Demons, the incidents involving with him, and his current housing assignment and privilege restrictions.

4.    I aided in compiling a document for assistant general counsel Colin Hayes and for the Court to understand the timeline of events that lead to inmate Demons' phone and video visitation privileges being revoked for the security and safety of the facility, as well as his current housing arrangements.

5. The facts in the attached internal memorandum, dated November 19th, 2024, are true and accurate and I attest that the facts and statements in this document. This document was compiled after referencing BSO's own internal documents, communications, and my own memory.

FURTHER AFFIANT SAYETH NAUGHT.

_____   12/13/24
Signature                      Date

STATE OF FLORIDA
COUNTY OF Broward

Before me this day personally appeared Kevin Corbett, who, being duly sworn, deposes and acknowledges that the information contained in this affidavit is true and correct.

Sworn to and subscribed before me this 13TH day of December, 2024.

_____
Notary Public, State of Florida

My commission expires:

Notary Public State of Florida
Brittany Cupó
My Commission HH 588438
Expires 8/29/2028

2