BROWARD SHERIFF'S OFFICE
DEPARTMENT OF DETENTION AND COMMUNITY CONTROL

## DISCIPLINARY COMMITTEE ACTION SHEET

Date: 11 /12/ 23                                         Time: 0733 Hrs.

Inmate's present location: Facility: M J      Pod: ▓▓▓    Housing Unit: ▓▓▓   Cell #: ▓▓▓

**PART 1: Inmate Information**          Violation Classification    Violation Code

| Inmate's Name: Demons, Jamell | 1. Refusing to obey | 1. A4 |
| Arrest#: 801900172  Infraction Date: 11/16/13 Time: 1405 | 2. Conduct a Inmate | 2. A5 |
| Infraction Place: MJ ▓▓ Dayroom | 3. Emergency Prog | 3. B3 |

Disciplinary Report expiration date: 11 /27/ 23, Time: 1705 Hrs.   Inmate's Plea (check one):   [ ] Guilty   [✓] Not Guilty

Hearing Continuance? [ ] Yes Reason: NA _____ Inmate's Signature: ND

Representative requested? [ ] Yes [ ] No Name: NA

If denied, reason: ND

Witnesses requested? [ ] Yes [✓] No If yes, name(s): ND

Name of witness(es) present: ND

Name of witness(es) not present and why (if denied by committee, reasons must be specific): ND

Reporting employee present? [ ] Yes [✓] No If yes, name/CCN: NA

**PART II: HEARING (Presentation of Evidence)**

1. Inmate's statement summary: _____

2. Testimony summary of each witness: ND

3. Physical evidence received and considered: NA

4. Written statements received and considered: ND

5. Confidential information considered and not provided to inmate: [ ] Yes [ ] No   Reason for confidentiality: ND

6. Information from informant is relevant to matter at issue: [ ] Yes      [ ] No

7. Reason for confidential informant/information reliability: ND

8. Reliance level of informant information: ND

9. Evidence which corroborates information from informant: ND

**PART III: DISPOSITION OF DISCIPLINARY HEARING COMMITTEE**
Committee Findings (check one): [ ] Guilty as charged    [✓] Not Guilty    [ ] Dismissed

Committee sanctions imposed are based on the following information: _____

Special Condition(s): NA

Disciplinary Detention: [ ] Yes [ ] No  Number of days: 15 ___ Loss of Gain Time: [ ] Yes [✓] No Number of days: 0

Committee Action: 15 days lockdown and 15 day probation on all violations
(LOP)

| Action Date: 11 /2/ 23 | Chairperson/ CCN: Sims 1067 | Member #1/ CCN: Prince 1705 | Member #2/ CCN: Brown 1353 |

YOU, THE INMATE HAVE THE RIGHT TO APPEAL THIS ACTION WITHIN 15 DAYS.

For Administrative Use Only: Check applicable box: [ ] APPROVED [✓] DISAPPROVED [ ] MODIFY

Facility Commander's Signature/CCN: XO Jenkins _____ Date: 11 /27/ 23
BSO DJ#96 (Revised 10/01)   White (original) - Inmate file  /  Yellow copy - Facility Commander's file  /  Pink copy - Inmate

DR Dismissed! Not Delivered to 'm



# BROWARD SHERIFF'S OFFICE

## INMATE DISCIPLINARY REPORT

**Sheriff Gregory Tony**
sheriff.org

**PART I: REPORT OF INFRACTION**     Inmate's present location: _Main_ _____

Facility/Pod/Housing Unit/Cell Number

| Inmate's Name: Demons, Jamell | | Violation Classification, | Violation Code |
|---|---|---|---|
| | | 1. Refusing Verbal Order by Staff | A4 |
| Arrest Number: 801900172 | Date/Time of Infraction: 11/16/2023 1405 | 2. Conduct Which Disrupts | A5 |
| Place of Infraction: Main ___ Dayroom | | 3. Damaging Government Property | B3 |

**Description of infraction (who, what, when, where, how, why and your actions):**

On Thursday November 16, 2023 at approximately 1405 hours, Inmate Demons, Jamell CIS# 801900172 became upset about the TV inside of the unit not being turned on until he goes and takes a shower. Demons then began tearing down BSO posters attached to the wall in the unit and jumping on multiple tables within the unit. Demons has a ~~coon~~ habit of staying in the dayroom throughout his time and then going to take a shower when he has about 2 mins remaining. I have spoken to him multiple times to which he ignores which is why I now instruct him to shower first.

| Reporting employee's signature/CCN: Dep. Shirley 14080 | Date/Time: 11/16/2023 1432 | Employee's name and title (print): D. Shirley - Detention Deputy |
|---|---|---|

Evidence collected? [ ] Yes [✓] No     Event Report Completed: [ ] Yes [✓] No     Case Number _____

**PART II: INVESTIGATION**     Investigation starting date: 11/17/23 time: 1120 hours

Inmate present for statement (check one)? [✓] Yes [ ] No [ ] Refused

I'm stated "Sgt Adams came in & turned the TV back on & told me I was not in trouble" I was not locked down for this.

**Inmate Requested:**     representation? [ ] Yes [✓] No     witnesses? [ ] Yes [✓] No

Comments/action taken and finding of infraction: _____

DR DISMISSED - DR NOT Delivered
Date/Time/Deputy.

| Inmate's Signature: | Investigator's signature/CCN: |
|---|---|
| Reviewing supervisor's signature/CCN: 5747 | Disciplinary Report expires on: Date: 11/27/23 Time: 1405 hrs |
| D.R. copy delivered to inmate by (name/CCN): | Date/Time delivered: | Hearing Date and Time: 11/31/23 0733 |

BROWARD SHERIFF'S OFFICE
DEPARTMENT OF DETENTION AND COMMUNITY CONTROL

## DISCIPLINARY COMMITTEE ACTION SHEET

Date: 11, 21, 22     Time: 0836 Hrs.

Inmate's present location: Facility: Main Jail   Pod: ▮    Housing Unit: ▮    Cell #: ▮

**PART 1: Inmate Information**

| Inmate's Name: Demons, Jamell | Violation Classification | Violation Code |
|---|---|---|
| | 1. Counterfeiting document | 1. A - 21 |
| Arrest#: 801900172   Infraction Date: 11/15/22   Time: 0900 | 2. unauthorized use of mail | 2. A - 22 |
| Infraction Place: ▮ | 3. | 3. |

Disciplinary Report expiration date: 11 / 22, 22 Time: 0900 Hrs.    Inmate's Plea (check one): [✓] Guilty   [ ] Not Guilty

Hearing Continuance? [ ] Yes Reason: NA    Inmate's Signature: NA

Representative requested? [ ] Yes [✓] No Name: NA

If denied, reason: _____

Witnesses requested? [ ] Yes [✓] No If yes, name(s): NA

Name of witness(es) present: NA

Name of witness(es) not present and why (if denied by committee, reasons must be specific): NA

Reporting employee present? [ ] Yes [✓] No If yes, name/CCN: NA

**PART II: HEARING (Presentation of Evidence)**

1. Inmate's statement summary: I am guilty, I did not want staff to read my mail going to my girlfriend. NA

2. Testimony summary of each witness: NA

3. Physical evidence received and considered: NA

4. Written statements received and considered: NA

5. Confidential information considered and not provided to inmate: [ ] Yes [✓] No Reason for confidentiality: NA

6. Information from informant is relevant to matter at issue: [ ] Yes [✓] No NA

7. Reason for confidential informant/information reliability: NA

8. Reliance level of informant information: _____

9. Evidence which corroborates information from informant: _____

**PART III: DISPOSITION OF DISCIPLINARY HEARING COMMITTEE**

Committee Findings (check one): [✓] Guilty as charged   [ ] Not Guilty   [ ] Dismissed

Committee sanctions imposed are based on the following information: The inmate's statement and the disciplinary report narrative.

Special Condition(s): NONE

Disciplinary Detention: [ ] Yes [✓] No Number of days: -0-    Loss of Gain Time: [ ] Yes [✓] No Number of days: -0-

Committee Action:
30 days probation if the inmate violates probation he will serve the remainder of his time in confinement

| Action Date: 11, 21, 22 | Chairperson/ CCN: 13583 Sgt. Jones | Member #1 CCN: 18894 | Member #2 CCN: ▮ |

YOU, THE INMATE HAVE THE RIGHT TO APPEAL THIS ACTION WITHIN 15 DAYS.

For Administrative Use Only: Check applicable box: [✓] APPROVED [ ] DISAPPROVED [ ] MODIFY

Facility Commander's Signature/CCN: ▮ 13728    Date: 11, 22, 2022

BSO DJ#96 (Revised 10/01)   White (original) - Inmate file / Yellow copy - Facility Commander's file / Pink copy - Inmate



**BROWARD SHERIFF'S OFFICE**

sheriff.org



2022 NOV 28  PM 6  **INMATE DISCIPLINARY REPORT**

PART I: REPORT OF INFRACTION          Inmate's present location: ▪▪▪▪▪▪▪▪

Facility/Pod/Housing Unit/Cell Number

| Inmate's Name: Demons, Jamell | | Violation Classification | Violation Code |
|---|---|---|---|
| | | 1. Counterfeiting Document | A-21 |
| Arrest Number: 801900172 | Date/Time of Infraction: 11/15/22 0900 | 2. Unauthorize use of mail | A-22 |
| Place of Infraction: ▪▪▪▪▪ | | 3. | |

**Description of infraction (who, what, when, where, how, why and your actions):**

On 11/15/22 at 0900 hours a letter was found by Mailroom staff that appeared to be suspicious. The letter is from Inmate Jamell Demons, 801900172, PO Box 9356. The envelope is addressed to the law firm of Erran Barnett, 2609 Elkhorn DR. Little Elm, Texas 75068. I can confirm this is a private residence and not a law firm. Erin Barnett is the girlfriend of Inmate Demons whom he had told previously to identify as his attorney when he was only allowed attorney phone calls.

| Reporting employee's signature/CCN: Dep. Poyer 17772 | Date/Time: 11/15/22 1438 | Employee's name and title (print): Dep. POYER 17772 |
|---|---|---|

Evidence collected? [ ] Yes   [✓] No          Event Report Completed: [ ] Yes   [✓] No   Case Number _____

PART II: INVESTIGATION                    Investigation starting date: 11 / 15 / 22, time: 1430 hours

Inmate present for statement (check one)? [✓] Yes   [ ] No   [ ] Refused

Inmate stated "I'm Guilty!"

_____

_____

_____

_____

_____

**Inmate Requested:**   representation? [ ] Yes   [✓] No      witnesses? [ ] Yes   [✓] No

Comments/action taken and finding of infraction:

30 days probation if the inmate violates probation he will serve the remainder of his time in confinements

_____

_____

| Inmate's Signature: Unable to sign. SA16372 | In/estigator's signature/CNN: 16372 |
|---|---|
| Reviewing supervisor's signature/CCN: 54/7 | Disciplinary Report expires on: Date: 11/22/22   Time: 0900 hrs |
| D.R. copy delivered to inmate by (name/CCN): 1772 | Date/Time delivered: 11/15/22 1505 hrs | Hearing Date and Time: 11/21/22   0836 hours |
| Dep. Smith 0808 11/15/22 1996 hrs | | |

White (original) - Inmate file   Yellow copy - Facility Administrator's file   Pink copy - Inmate

BSO DJ#88 (Rev. Jan. 2001)

BROWARD SHERIFF'S OFFICE
DEPARTMENT OF DETENTION AND COMMUNITY CONTROL

# DISCIPLINARY COMMITTEE ACTION SHEET

Date: 11 / 1 / 22    Time: 2021 Hrs.

Inmate's present location: Facility: Main Jail    Pod: ___    Housing Unit: ___    Cell #: ___

**PART 1: Inmate Information**

| Inmate's Information | Violation Classification | Violation Code |
|---|---|---|
| Inmate's Name: Demons, Jamell | 1. Conduct which Disrupts | 1. A5 |
| Arrest#: 800600172  Infraction Date: 10/27/22  Time: 0849 | 2. | 2. |
| Infraction Place: ___ Unit Dayroom | 3. | 3. |

Disciplinary Report expiration date: 11 / 3 / 22 , Time: 0844 Hrs.    Inmate's Plea (check one): [✓] Guilty  [ ] Not Guilty

Hearing Continuance? [ ] Yes  Reason: N/A    Inmate's Signature: N/A

Representative requested? [ ] Yes [✓] No  Name: N/A

If denied, reason: _____

Witnesses requested? [ ] Yes [✓] No  If yes, name(s): N/A

Name of witness(es) present: N/A

Name of witness(es) not present and why (if denied by committee, reasons must be specific): N/A

Reporting employee present? [ ] Yes [✓] No  If yes, name/CCN: N/A

**PART II: HEARING (Presentation of Evidence)**

1. Inmate's statement summary: I'm admit to being Guilty for sliding note but the note did not ask for the other inmate to make a phone call

2. Testimony summary of each witness: N/A

3. Physical evidence received and considered: N/A

4. Written statements received and considered: N/A

5. Confidential information considered and not provided to inmate: [ ] Yes [✓] No  Reason for confidentiality: N/A

6. Information from informant is relevant to matter at issue: [ ] Yes [✓] No

7. Reason for confidential informant/information reliability: N/A

8. Reliance level of informant information: N/A

9. Evidence which corroborates information from informant: N/A

**PART III: DISPOSITION OF DISCIPLINARY HEARING COMMITTEE**

Committee Findings (check one): [✓] Guilty as charged  [ ] Not Guilty  [ ] Dismissed

Committee sanctions imposed are based on the following information: Based on inmates statement & admitting to guilt he was found guilty

Special Condition(s): _____

Disciplinary Detention: [✓] Yes [ ] No  Number of days: 15    Loss of Gain Time: [ ] Yes [✓] No  Number of days: _____

Committee Action: Inmate will serve 15 days Lockdown w/ Loss of all privileges.

| Action Date: 11 / 1 / 22 | Chairperson/CCN: Joseph 17107 | Member #1/CCN: Eccleston 30000 | Member #2/CCN: Jackson 19718 |
|---|---|---|---|

YOU, THE INMATE HAVE THE RIGHT TO APPEAL THIS ACTION WITHIN 15 DAYS.

For Administrative Use Only: Check applicable box: [✓] APPROVED  [ ] DISAPPROVED  [ ] MODIFY

Facility Commander's Signature/CCN: ___ 7526C    Date: 11 / 2 / 22

BSO DJ#96 (Revised 10/01)  White (original) - Inmate file / Yellow copy - Facility Commander's file / Pink copy - Inmate



**sheriff.org**

# BROWARD SHERIFF'S OFFICE

## INMATE DISCIPLINARY REPORT

**PART I: REPORT OF INFRACTION**    Inmate's present location: ___ Main – ▓▓▓▓

Facility/Pod/Housing Unit/Cell Number

| | Violation Classification | Violation Code |
|---|---|---|
| Inmate's Name: Demons, Jamell | 1. Conduct which disrupts | A-5 |
| Arrest Number: 801900172  Date/Time of Infraction: 10/27 0849hrs | 2. ✕ | ✕ |
| Place of Infraction: Main ▓▓ Dayroom | 3. ✕ | ✕ |

**Description of infraction (who, what, when, where, how, why and your actions):**

On Thursday October 27, at approximately 0849 hours an investigation
from the Investigative & Projects Unit (IPU) determined that
Inmate Demons, Jamell; Arrest number: 801900172 passed a message through
the unit ▓ dayroom door that leads to unit ▓ instructing Inmate
Johnson Lamar to make an unauthorized 3 way telephone call
and to share telephone pins. This inmates actions are a violation
of facility policies and procedures.

| Reporting employee's signature/CCN: ▓▓▓ 20083 | Date/Time: 10/27/2023 1323 | Employee's name and title (print): Detention Deputy Parra |
|---|---|---|
| Evidence collected? [ ] Yes  [✓] No | Event Report Completed: [ ] Yes  [✓] No | Case Number  N/A |

**PART II: INVESTIGATION**    Investigation starting date: 10 / 27 / 2022  time: 1350 hours

Inmate present for statement (check one)? [✓] Yes  [ ] No  [ ] Refused

Inmate Stated "Not Guilty" "I was talking under the door to another
person. he was probably just on the phone and I was singing under the door."

**Inmate Requested:**    representation? [ ] Yes  [✓] No        witnesses? [ ] Yes  [✓] No

Comments/action taken and finding of infraction:

Inmate found guilty

| Inmate's Signature: Inmate Refused | | Investigator's signature/CNN: #1991 |
|---|---|---|
| Reviewing supervisor's signature/CCN: A. Ruiz 1242 | | Disciplinary Report expires on: Date: 11/3/22  Time: 0844 |
| D.R. copy delivered to inmate by (name/CCN): Deputy Durik #1991 | Date/Time delivered: 1520 10/27/2022 hrs | Hearing Date and Time: |

BROWARD SHERIFF'S OFFICE
DEPARTMENT OF DETENTION AND COMMUNITY CONTROL

## DISCIPLINARY COMMITTEE ACTION SHEET

Date: 10, 7, 22    Time: 10 AM Hrs.

Inmate's present location: Facility: Main Jail   Pod:    Housing Unit: ▓▓   Cell #: ▓▓

**PART 1: Inmate Information**

| Inmate's Name: Demons, Jamel | Violation Classification | Violation Code |
|---|---|---|
| Arrest: 801900172  Infraction Date: 10-2-22  Time: 0857 | 1. refusing to obey  2. disobeying regulations  3. | 1. A4  2. B25  3. |
| Infraction Place: Main Jail | | |

Disciplinary Report expiration date: 10 / 11 / 22 , Time: 0857 Hrs.    Inmate's Plea (check one):  [ ] Guilty   [X] Not Guilty

Hearing Continuance? [ ] Yes  Reason: _____    Inmate's Signature: NA

Representative requested? [ ] Yes [X] No  Name: N/A

If denied, reason: _____

Witnesses requested?  [ ] Yes [X] No  If yes, name(s): N/A

Name of witness(es) present: N/A

Name of witness(es) not present and why (if denied by committee, reasons must be specific): N/A

Reporting employee present? [ ] Yes [X] No  If yes, name/CCN: N/A

**PART II: HEARING (Presentation of Evidence)**

1. Inmate's statement summary: I am not guilty. I was not on the phone.

2. Testimony summary of each witness: N/A

3. Physical evidence received and considered: N/A

4. Written statements received and considered: N/A

5. Confidential information considered and not provided to inmate:  [ ] Yes [X] No   Reason for confidentiality: N/A

6. Information from informant is relevant to matter at issue: [ ] Yes   [X] No

7. Reason for confidential informant/information reliability: N/A

8. Reliance level of informant information: N/A

9. Evidence which corroborates information from informant: N/A

**PART III: DISPOSITION OF DISCIPLINARY HEARING COMMITTEE**

Committee Findings (check one): [ ] Guilty as charged   [X] Not Guilty   [ ] Dismissed

Committee sanctions imposed are based on the following information: I reviewed the camera and the inmate was not on the phone.

Special Condition(s): None

Disciplinary Detention: [ ] Yes [X] No  Number of days: 0    Loss of Gain Time: [ ] Yes [X] No  Number of days: 0

Committee Action: The inmate is not guilty based on reviewing the camera. The inmate was not on the phone.

| Action Date: 10 7 22 | Chairperson/ CCN: 15583  Sgt. Jones | Member #1/ CCN: 12422  Sgt. Russ | Member #2/ CCN: 20156  Dep Powell |
|---|---|---|---|

YOU, THE INMATE, HAVE THE RIGHT TO APPEAL THIS ACTION WITHIN 15 DAYS.

For Administrative Use Only: Check applicable box: [X] APPROVED  [ ] DISAPPROVED  [ ] MODIFY

Facility Commander's Signature/CCN: ▓▓ 25606    Date: 10 / 10 / 22

BSO DJ#96 (Revised 10/01)   White (original) - Inmate file  /  Yellow copy - Facility Commander's file  /  Pink copy - Inmate



# BROWARD SHERIFF'S OFFICE

## INMATE DISCIPLINARY REPORT



2022 OCT 11 PM 2 56

**PART I: REPORT OF INFRACTION**  Inmate's present location: _____ Main Jail ▮

Facility/Pod/Housing Unit/Cell Number

| | Violation Classification | Violation Code |
|---|---|---|
| Inmate's Name: Demons, Jamell | ¹Refusing to Obey | A-4 |
| Arrest Number: 801900172  Date/Time of Infraction: 10-02-22  0857 hours | ²Disobeying Regulations | B-25 |
| Place of Infraction:  Main Jail ▮ | 3. | |

**Description of infraction (who, what, when, where, how, why and your actions):**
On October 2, 2022 at approximately 0857 hours Inmate Demons, Jamell CIS#801900172 (Black/Male) housed in ▮▮ unit ▮ cell ▮ was recorded using the telephone during his administrative hour out of the cell. Demons has been warned numerous of times to refrain from using the telephone. He also been made aware that his telephone privileges were revoked pending an open investigation. Inmate was told not use other inmates in the housing unit information to gain access to the telephone multiple times. Inmate was having a phone conversation and the exchange was recorded. The inmate conversation was later uploaded to social media. Inmate actions has demonstrated that he has no regard for facility rules and regulations. Inmate also disgraced all orders given to him to not use the phone. No further actions

| Reporting Employee's signature/CCN: Dep. Thomas 19808 | Date/Time: 10-4-22 1407 | Employee's name and title (print): Deputy Thomas 19808 |
|---|---|---|

Evidence collected? [ ] Yes  [ ] No       Event Report Completed: [ ] Yes   [ ] No   Case Number _____

**PART II: INVESTIGATION**       Investigation starting date: 10/4/22  time: 1409 hours

Inmate present for statement (check one)? [X] Yes    [ ] No    [ ] Refused

Inmate stated "I was never on the phone that day. Check the camera. The phones were turned off so that makes it impossible to use the phone"

**Inmate Requested:**    representation? [ ] Yes  [X] No      witnesses? [X] Yes  [▮] No

Comments/action taken and finding of infraction: Camera and Major Corbett as witness.
Also XO Baptiste as Inmate requested witnesses.
The Committee reviewed the Declaris Video footage. At the time in question, Inmate Demons was not on the phone.

| Inmate's Signature: Refused to sign | Investigator's signature/CNN: Cpl M 19752 |
|---|---|
| Reviewing supervisor's signature/CCN: 574 | Disciplinary Report expires on: Date: 10/11/2022  Time: 0857 hrs |
| D.R. copy delivered to inmate by (name/CCN): Thomas 19808 10/4/22 M18808 | Hearing Date and Time: 10/7/22  0849 hours |

BSO DJ#88 (Rev. Jan. 2001)       White (original) - Inmate file   · Yellow copy - Facility Administrator's file    Pink copy - Inmate

BROWARD SHERIFF'S OFFICE
DEPARTMENT OF DETENTION AND COMMUNITY CONTROL

## DISCIPLINARY COMMITTEE ACTION SHEET

Date: 8, 29, 22                                                    Time: 1756 Hrs.

Inmate's present location: Facility: Main Jail  Pod: ▓▓  AUG 29 H Housing Unit: ▓▓  Cell #: ▓▓

**PART 1: Inmate Information**

| Inmate's Name: Demons, Jamell | | 1. Conduct which disrupts | 1. A-5 |
| Arrest#: 801900172 | Infraction Date: 8/25/22  Time: 1747 | 2. Unauthorized Id-use | 2. A-22 |
| Infract Place: | | 3. | 3. |

Violation Classification                Violation Code

Disciplinary Report expiration date: 9 1 22  Time: 1747 Hrs.   Inmate's Plea (check one): [✓] Guilty   [ ] Not Guilty

Hearing Continuance? [ ] Yes Reason: NA                    Inmate's Signature: NM

Representative requested? [ ] Yes [ ] No Name: N/A

If denied, reason: NA

Witnesses requested? [ ] Yes [✓] No If yes, name(s): NA

Name of witness(es) present: NA

Name of witness(es) not present and why (if denied by committee, reasons must be specific): N/A

Reporting employee present? [ ] Yes [✓] No If yes, name/CCN: N/A

**PART II: HEARING (Presentation of Evidence)**

1. Inmate's statement summary: "I did use his pin without his knowledge."

2. Testimony summary of each witness: N/A

3. Physical evidence received and considered: N/A

4. Written statements received and considered: N/A

5. Confidential information considered and not provided to inmate: [ ] Yes [✓] No   Reason for confidentiality: N/A

6. Information from informant is relevant to matter at issue: [ ] Yes   [ ] No

7. Reason for confidential informant/information reliability: N/A

8. Reliance level of informant information: N/A

9. Evidence which corroborates information from informant: N/A

**PART III: DISPOSITION OF DISCIPLINARY HEARING COMMITTEE**

Committee Findings (check one): [✓] Guilty as charged   [ ] Not Guilty   [ ] Dismissed

Committee sanctions imposed are based on the following information: Based on D.R. and inmate admitting he is guilty.

Special Condition(s): N/A.

Disciplinary Detention: [✓] Yes [ ] No  Number of days: 30   Loss of Gain Time: [ ] Yes [✓] No  Number of days: N/A

Committee Action: A-5 10 days L/D LOP  A-22 20 days L/D LOP. 30 days L/D LOP.

| Action Date: 8 , 29, 22 | Chairperson/ CCN: 1906 | Member #1: Dep. ▓▓ | Member #2: Dep. CCN: 10035 |

YOU, THE INMATE HAVE THE RIGHT TO APPEAL THIS ACTION WITHIN 15 DAYS.

For Administrative Use Only: Check applicable box: [ ] APPROVED  [ ] DISAPPROVED  [ ] MODIFY

Facility Commander's Signature/CCN: _____  Date: __ / __ / __

BSO DJ#96 (Revised 10/01)  White (original) - Inmate file  /  Yellow copy - Facility Commander's file  /  Pink copy - Inmate


sheriff.org



# BROWARD SHERIFF'S OFFICE
CLASSIFICATION

## INMATE DISCIPLINARY REPORT
2022 AUG 29 PM 4: 1

**PART I: REPORT OF INFRACTION**      Inmate's present location: _____

Facility: Main Jail          Number

| Inmate's Name: | | Violation Classification | Violation Code |
|---|---|---|---|
| Arrest Number: **Demmons, Jamell** Date/Time of Infraction: | 1. | | |
| Place of Infraction: **801900172   08/25/22 1747 Hours** | 2. | *Conduct Which Disrupts* | *A-5* |
| | 3. | *Unauthorized use of phones* | *A-22* |

**Description of infraction** (who, what, when, where, how, why and your actions):

*On Thursday August 25th, 2022 at approximately 1747 hours, it was discovered by Administration that Inmate Demmons, Jamell (801900172) was using inmate pin number registered to Inmate Brown, Arvis (501700050) to utilize the telephone. Their actions circumvented normal telephone procedures. Demmon's actions jeopardized the security of the facility and disrupted the orderly running of the unit.*

| Reporting employee's signature/CCN: #1999 | Date/Time: 08/25/2022  2100 hrs | Employee's name and title (print): Deputy Dweik |
|---|---|---|

Evidence collected? [✓] Yes   [ ] No      Event Report Completed: [ ] Yes   [✓] No   Case Number _____

**PART II: INVESTIGATION**      Investigation starting date: __8__ / __25__ / __22__ , time: __22:00__ hours

Inmate present for statement (check one)? [✓] Yes   [ ] No   [ ] Refused

Guilty: I Take full responability for my actions. I stole Inmate Brown Phone Pin Without his knowledge. He did nothing wrong I'm guilty.

**Inmate Requested:**   representation? [ ] Yes [✓] No      witnesses? [ ] Yes [✓] No

Comments/action taken and finding of infraction: Inmate found guilty 30 Days L/D C.O.P.

| Inmate's Signature: | Investigator's signature/CNN: 1923 3 |
|---|---|
| Reviewing supervisor's signature/CCN: Sgt A. Kussi #1212 | Disciplinary Report expires on: Date: 9/1/22   Time: 1747 |
| D.R. copy delivered to inmate by (name/CCN): 1948b | Date/Time delivered: 8/25/22  2200hrs | Hearing Date and Time: 8/29/22  1756 hrs |

BSO DJ#88 (Rev. Jan. 2001)      White (original) - Inmate file      Yellow copy - Facility Administrator's file      Pink copy - Inmate

BROWARD SHERIFF'S OFFICE
DEPARTMENT OF DETENTION AND COMMUNITY CONTROL

## DISCIPLINARY COMMITTEE ACTION SHEET

Date: 4/17/22                                        Time: 1332 Hrs.

Inmate's present location: Facility: Main Jail   Pod: _____   Housing Unit: _____   Cell #: _____

**PART 1: Inmate Information**                    Violation Classification      Violation Code: A2

| Inmate's Name: Demons, Jamell | 1. Possession of unauthorized | A-16 |
|---|---|---|
| Arrest#: 801900172   Infraction Date: 4/11/22   Time: 1120 | articles   2. | 2. |
| Infraction Place: Main Jail | 3. | 3. |

Disciplinary Report expiration date: 4/18/22, Time: 1120 Hrs.   Inmate's Plea (check one): [ ] Guilty   [✓] Not Guilty

Hearing Continuance? [ ] Yes Reason: N/A   Inmate's Signature: N/A

Representative requested? [ ] Yes [✓] No Name: _____

If denied, reason: N/A

Witnesses requested? [ ] Yes [✓] No If yes, name(s): N/A

Name of witness(es) present: N/A

Name of witness(es) not present and why (if denied by committee, reasons must be specific): N/A

Reporting employee present? [ ] Yes [✓] No If yes, name/CCN: N/A

**PART II: HEARING (Presentation of Evidence)**

1. Inmate's statement summary: I/M stated "I'm not guilty."

2. Testimony summary of each witness: N/A

3. Physical evidence received and considered: N/A

4. Written statements received and considered: N/A

5. Confidential information considered and not provided to inmate: [ ] Yes [✓] No   Reason for confidentiality: _____
N/A

6. Information from informant is relevant to matter at issue: [ ] Yes   [✓] No

7. Reason for confidential informant/information reliability: N/A

8. Reliance level of informant information: N/A

9. Evidence which corroborates information from informant: N/A

**PART III: DISPOSITION OF DISCIPLINARY HEARING COMMITTEE**

Committee Findings (check one): [✓] Guilty as charged   [ ] Not Guilty   [ ] Dismissed

Committee sanctions imposed are based on the following information: Committee sanctions imposed, due to the evidence of guilt.

Special Condition(s): N/A

Disciplinary Detention: [ ] Yes [✓] No Number of days: 0   Loss of Gain Time: [ ] Yes [✓] No Number of days: 0

Committee Action: 30 days of Probation

| Action Date: 4/17/22 | Chairperson/ CCN: 15290 | Member #1 Gil CCN: 19359 | Member #2 A/mc.ox CCN: 10814 |
|---|---|---|---|

YOU, THE INMATE HAVE THE RIGHT TO APPEAL THIS ACTION WITHIN 15 DAYS.

For Administrative Use Only: Check applicable box: [✓] APPROVED [ ] DISAPPROVED [ ] MODIFY

Facility Commander's Signature/CCN: _____   Date: 4/18/22

BSO DJ#96 (Revised 10/01)   White (original) - Inmate file  /  Yellow copy - Facility Commander's file  /  Pink copy - Inmate




MAIN JAIL **BROWARD SHERIFF'S OFFICE**
CLASSIFICATION
Sheriff Scott Israel 2022 APR 19 AM 10 12 **INMATE DISCIPLINARY REPORT**

**PART I: REPORT OF INFRACTION**     Inmate's present location: _____ *Main Jail* ▇▇▇▇ _____

Facility/Pod/Housing Unit/Cell Number

| Inmate's Name:  **Demons, Jamell** | | 1. Violation Classification  ***Possession of unauthorized articles*** | Violation Code  *A-16* |
|---|---|---|---|
| Arrest Number:  **801900172** | Date/Time of Infraction:  *04/11/22 - 1120* | 2. | |
| Place of Infraction:   *MAIN JAIL* | | 3. | |

**Description of infraction (who, what, where, when, how, why and your actions):**

On Monday, April 11, 2022 at approximately 1120 hours I was the assigned housing deputy ▇▇▇ Inmate Demons, Jamell (B/M) CIS #801900172 cell in ▇▇ unit ▇cell ▇ was shaken down by ▇▇▇ floor staff. Inmate was in possession of contraband of all sorts (Pen, excessive amounts of commissary). Inmate was escorted to Intake for further search where no other contraband was discovered. Inmate was relocated to another unit.

| Reporting employee's signature/CCN: | Date/Time: | Employee's name and title (print): |
|---|---|---|
| Dep Thomas 1808 | 4-11-22  1700 | Deputy Thomas 1808 |

Evidence collected? [✓] Yes    [ ] No     Event Report Completed: [✓] Yes    [ ] No    Case Number 10 2204-003478

**PART II: INVESTIGATION**     Investigation starting date: 4 / 11 /22 , time 1710 hours

Inmate present for statement (check one)? [✓] Yes    [ ] No    [ ] Refused

I/M stated " I had no Idea that pen was there "

**Inmate Requested:**     representation? [ ] Yes  [✓] No     witnesses? [ ] Yes  [✓] No

Comments/action taken and finding of infraction: 30 days of Probation.

| Inmate's Signature: Refused to sign | Investigator's signature/CCN: ▇▇▇ |
|---|---|
| Reviewing supervisor's signature/CCN: Pell 1571 | Disciplinary Report expires on:  Date: 4/18/22  Time: 1120 |
| D.R. copy delivered to inmate by (name/CCN): Deputy Fawaz 1911 | Date/Time delivered: 4/11/22  1712 | Hearing Date and Time:  4/17/2022  1332 |



BROWARD SHERIFF'S OFFICE
DEPARTMENT OF DETENTION AND COMMUNITY CONTROL

## DISCIPLINARY COMMITTEE ACTION SHEET

Date: 8-20-21                    Time: 1150 Hrs.

Inmate's present location: Facility: MAIN JAIL   Pod: ___
PART 1: Inmate Information                        Housing Unit: ___  Cell # ___
                                                 Violation Classification   Violation Code

| Inmate's Name: DEMOrk, JANETT | 1. DISOBEY FACILITY REG | 1. B-25 |
| Arrest #: 801900172   Infraction Date: 8/17/21  Time: 1308 | 2. CONDUCT w/ DISRUPTS | 2. A5 |
| Infraction Place: | 3. | 3. |

Disciplinary Report expiration date: 8/24/21  Time: 1308 Hrs.   Inmate's Plea (check one):  [ ] Guilty  [X] Not Guilty

Hearing Continuance? [ ] Yes  Reason: NA   Inmate's Signature: NA

Representative requested? [ ] Yes [X] No  Name: NA

If denied, reason: ___

Witnesses requested?  [ ] Yes [X] No  If yes, name(s): NA

Name of witness(es) present: NA

Name of witness(es) not present and why (if denied by committee, reasons must be specific): ___

Reporting employee present? [ ] Yes [X] No  If yes, name/CCN: NA

### PART II: HEARING (Presentation of Evidence)

1. Inmate's statement summary: INMATE STATED "THIS IS DOUBLE JEOPARDY I ALREADY HAD MY ASSETS TAKEN FOR 90 DAYS"

2. Testimony summary of each witness: N/A

3. Physical evidence received and considered: NA

4. Written statements received and considered: NA

5. Confidential information considered and not provided to inmate: [ ] Yes  [X] No   Reason for confidentiality: ___

6. Information from informant is relevant to matter at issue: [ ] Yes   [X] No

7. Reason for confidential informant/information reliability: ___

8. Reliance level of informant information: NA

9. Evidence which corroborates information from informant: ___

### PART III: DISPOSITION OF DISCIPLINARY HEARING COMMITTEE

Committee Findings (check one): [X] Guilty as charged   [ ] Not Guilty   [ ] Dismissed

Committee sanctions imposed are based on the following information: ___

INMATE STATEMENT & WRITTEN DISCIPLINARY REPORT

Special Condition(s): NA

Disciplinary Detention: [X] Yes [ ] No  Number of days: 30   Loss of Gain Time: [ ] Yes [X] No  Number of days: -0-

Committee Action: 30 DAYS LOCKDOWN & LOSS OF PRIVELEGES.

| Action Date: 8/20/21 | Chairperson/ CCN: Clovoll #15366 | Member #1/ CCN: Oliver 15585 | Member #2/ CCN: Rutledge 19253 |

**YOU, THE INMATE HAVE THE RIGHT TO APPEAL THIS ACTION WITHIN 15 DAYS.**

For Administrative Use Only: Check applicable box: [ ] APPROVED  [ ] DISAPPROVED  [X] MODIFY  LOP No Video Visit For 30 days

Facility Commander's Signature/CCN: ___   Date: 8/23/21

BSO DJ#96 (Revised 10/01)   White (original) - Inmate file  /  Yellow copy - Facility Commander's file  /  Pink copy - Inmate



**Sheriff Scott Israel**

# BROWARD SHERIFF'S OFFICE

## INMATE DISCIPLINARY REPORT

PART I: REPORT OF INFRACTION    Inmate's present location: __Main Jail ▊ cell ▊__

Facility/Pod/Housing Unit/Cell Number

| Inmate's Name: Demons, Jamell | Violation Classification 1. Disobeying facility regulations | Violation Code B-25 |
|---|---|---|
| Arrest Number: 801900172  Date/Time of Infraction: 8/17/21 1308 | 2. conduct which disrupts | A-5 |
| Place of Infraction ▊ unit dayroom | 3. | |

Description of infraction (who, what, when, where, how, why and your actions):

On Tuesday August 17, 2021 1308 hours I was notified by the Video Visitation Center that Inmate Demons, Jamell CIS#801900172 was violating the video visitation policy by engaging and encouraging inappropriate behavior during video visitation. Inmate Demons actions disrupted the orderly running of the unit

| Reporting employee's signature/CCN: Sgt Jones 15583 | Date/Time: 8/18/21 1000 | Employee's name and title (print): Sgt. Jones |
|---|---|---|
| Evidence collected? [ ] Yes  [ ] No | Event Report Completed: [ ] Yes  [✗] No | Case Number _____ |

PART II: INVESTIGATION    Investigation starting date: 8/18/21, time: 1125 hours

Inmate present for statement (check one)?   [✓] Yes   [ ] No   [ ] Refused

no comment other than they suspended my visit for 90 days and write a DR

**Inmate Requested:**   representation?  [ ] Yes  [✗] No        witnesses?  [ ] Yes  [✗] No

Comments/action taken and finding of infraction:

Guilty  30 DAYS LD & LOP.
18366

| Inmate's Signature: | Investigator's signature/CCN: Oliver 15585 |
|---|---|
| Reviewing/supervisor's signature/CCN: 8253 | Disciplinary Report expires on: Date 1/14/21   Time: 1308 |
| D.R. copy delivered to inmate by (name/CCN): Oliver 15585   Date/Time delivered: 8/18/21 1132 hrs | Hearing Date and Time: 8/20/21 @ 1150 |

White (original) - **Inmate file**    Yellow copy - **Facility Administrator's file**    Pink copy - **Inmate**

BSO DJ#88 (Rev. Jan. 2001)

BROWARD SHERIFF'S OFFICE
DEPARTMENT OF DETENTION AND COMMUNITY CONTROL

## DISCIPLINARY COMMITTEE ACTION SHEET

Date: 05 / 11 / 2020                                                                                          Time: 1547 Hrs.

Inmate's present location: Facility: Main Jail     Pod: ____     Housing Unit: ____     Cell #: ____

**PART 1: Inmate Information**

| | Violation Classification | Violation Code |
|---|---|---|
| Inmate's Name: Demons, Jarrell | 1. Refusing obey | 1. A - 4 |
| Arrest#: 801900172   Infraction Date: 05/05/2020   Time: 1713 | 2. Conduct which disrupts | 2. A - 3 |
| Infraction Place: Main Jail | 3. Failure to follow | 3. B - 2 |

Disciplinary Report expiration date: 05 / 11 / 2020 Time: 1713 Hrs.     Inmate's Plea (check one):   [ ] Guilty   [X] Not Guilty

Hearing Continuance? [ ] Yes Reason: N/A ____     Inmate's Signature: ____

Representative requested?  [ ] Yes [ ] No  Name: N/A ____

If denied, reason: N/A ____

Witnesses requested?  [ ] Yes [ ] No  If yes, name(s): N/A ____

Name of witness(es) present: N/A ____

Name of witness(es) not present and why (if denied by committee, reasons must be specific): N/A ____

Reporting employee present? [ ] Yes [ ] No  If yes, name/CCN: N/A ____

**PART II: HEARING (Presentation of Evidence)**

1. Inmate's statement summary: Inmate Stated he took the test the next day on + June 6.

2. Testimony summary of each witness: N/A ____

3. Physical evidence received and considered: N/A ____

4. Written statements received and considered: ____

5. Confidential information considered and not provided to inmate:  [ ] Yes  [ ] No   Reason for confidentiality: N/A ____

6. Information from informant is relevant to matter at issue: [ ] Yes          [ ] No

7. Reason for confidential informant/information reliability: N/A ____

8. Reliance level of informant information: N/A ____

9. Evidence which corroborates information from informant: N/A ____

**PART III: DISPOSITION OF DISCIPLINARY HEARING COMMITTEE**

Committee Findings (check one): [X] Guilty as charged     [ ] Not Guilty     [ ] Dismissed

Committee sanctions imposed are based on the following information: Based on content of DR ____

Special Condition(s): ____

Disciplinary Detention: [ ] Yes [X] No  Number of days: 0     Loss of Gain Time: [ ] Yes [X] No  Number of days: 0

Committee Action: Inmate given 30 days probation. Inmate can not recieve any disciplinary BSIS reports within the above timeframe. If violates will serve the remainder of time in lockdown.

| Action Date: 05 / 10 / 2020 | Chairperson/ CCN: S. Fox 1201 | Member #1/ CCN: Aenlle 18940 | Member #2/ CCN: Evens 19198 |
|---|---|---|---|

YOU, THE INMATE HAVE THE RIGHT TO APPEAL THIS ACTION WITHIN 15 DAYS.

For Administrative Use Only: Check applicable box: [X] APPROVED  [ ] DISAPPROVED  [ ] MODIFY

Facility Commander's Signature/CCN: ____     Date: 5 / 11 / 2020

BSO DJ#96 (Revised 10/01)   White (original) - Inmate file  //   Yellow copy - Facility Commander's file  /   Pink copy - Inmate



# BROWARD SHERIFF'S OFFICE

## INMATE DISCIPLINARY REPORT

**Main Jail** ▮▮▮▮

PART I: REPORT OF INFRACTION        Inmate's present location: _____

Facility/Pod/Housing Unit/Cell Number

| Inmate's Name: ~~Demons, Jarrell~~ | Violation Classification ~~Refusing to obey an order~~ | Violation Code ~~A-4~~ |
|---|---|---|
| Arrest Number: ~~801900172~~   Date/Time of Infraction: ~~05/05/20   17:13~~ | ~~Conduct which disrupts~~ ~~Failure to follow safety and sanitation~~ | ~~A-3~~ ~~B-2~~ |
| Place of Infraction: **Main Jail** ▮▮▮ | 3. | |

Description of infraction (who, what, when, where, how, why and your actions):

~~On May 4, 2020, at approximately 1713 hours, Inmate Demons #801900172   refused to allow~~
~~Well Path Medical staff to administer the COVID-19 Test. Inmate was advised by staff that his first test~~
~~was negative and this was his final COVID-19 Test contingent on this final test being negative. Inmate~~
~~Demons still refused after several requests from staff.~~

| Reporting employee's signature/CCN: 1907 | Date/Time: 5/5/20 | Employee's name and title (print): Deputy ___ arrett |
|---|---|---|

Evidence collected? [ ] Yes   ☒ No        Event Report Completed: [ ] Yes   ☒ No   Case Number _____

PART II: INVESTIGATION        Investigation starting date: 5 / 15 / 20 , time: 1710 hours

Inmate present for statement (check one)?   ☒ Yes   [ ] No   [ ] Refused

Inmate stated " xo Sanchez said not to give me a D.R.; the nurse said I could get it done friday"

**Inmate Requested:**   representation? [ ] Yes ☒ No        witnesses? [ ] Yes ☒ No

Comments/action taken and finding of infraction: Inmate given 30 days probation. Inmate cannot recieve any disciplinary reports within the above time frame. If violates will serve the remainder of time in lockdown.

| Inmate's Signature: ____ QUARANTINE   DU19133 | Investigator's signature/CNN: ____ 14233 |
|---|---|
| Reviewing supervisor's signature/CCN: ____ 14713 | Disciplinary Report expires on: Date: 5/11/20   Time: 1713 |
| D.R. copy delivered to inmate by (name/CCN): Dep Wilder 19233   Date/Time delivered: 5/5/20 1866 | Hearing Date and Time: 05/10/2020   1547 |

White (original) - Inmate file        Yellow copy - **Facility Administrator's file**        Pink copy - Inmate

BSO DJ#88 (Rev. Jan. 2001)

BROWARD SHERIFF'S OFFICE
DEPARTMENT OF DETENTION AND COMMUNITY CONTROL

**DISCIPLINARY COMMITTEE ACTION SHEET**

Date: 02-23-20                                                     Time: 2020 Hrs.

Inmate's present location: Facility Main Jail  Pod: ____  Housing Unit: ____  Cell #: ____

**PART 1:  Inmate Information**

| Inmate Information | Violation Classification | Violation Code |
|---|---|---|
| Inmate's Name: Demons, Jamell | 1. Fighting with another | 1. A-2 |
| Arrest#: 801900172  Infraction Date: 2/20/20  Time: 2101 | 2. Conduct which disrupts | 2. A-5 |
| Infraction Place: Main Jail ____ Day room | 3. | 3. |

Disciplinary Report expiration date: 02-27-20 , Time: 2101 Hrs.   Inmate's Plea (check one): [✗] Guilty  [ ] Not Guilty

Hearing Continuance? [ ] Yes  Reason: N/A _____  Inmate's Signature: N/A

Representative requested?  [ ] Yes  [✗] No  Name: N/A

If denied, reason: ____ N/A

Witnesses requested?  [ ] Yes  [✗] No  If yes, name(s): N/A

Name of witness(es) present: N/A

Name of witness(es) not present and why (if denied by committee, reasons must be specific): N/A

Reporting employee present?  [ ] Yes  [✗] No  If yes, name/CCN: N/A

**PART II:  HEARING (Presentation of Evidence)**

1. Inmate's statement summary: Inmate stated to review the Cameras.

2. Testimony summary of each witness: N/A

3. Physical evidence received and considered: N/A

4. Written statements received and considered: N/A

5. Confidential information considered and not provided to inmate:  [ ] Yes  [✗] No   Reason for confidentiality: N/A

6. Information from informant is relevant to matter at issue: [ ] Yes  [✗] No

7. Reason for confidential informant/information reliability: N/A

8. Reliance level of informant information: N/A

9. Evidence which corroborates information from informant: N/A

**PART III:  DISPOSITION OF DISCIPLINARY HEARING COMMITTEE**

Committee Findings (check one): [✗] Guilty as charged      [ ] Not Guilty      [ ] Dismissed

Committee sanctions imposed are based on the following information: Based on the written statement of
Deputy Beckford #17883 and verbal statement of Inmate Demons # 801900172.

Special Condition(s): N/A

Disciplinary Detention: [ ] Yes  [ ] No  Number of days: 30      Loss of Gain Time: [ ] Yes  [✗] No  Number of days: ____

Committee Action: (A2) - 15 days L/D with LOP
                  (A5)   15 days L/D with LOP
                  Total = 30 days L/D with LOP

| Action Date: 02-23-20 | Chairperson/ CCN: Sgt. Treduna 15778 | Member #1/ CCN: Dep. Bazile 16350 | Member #2/ CCN: Dep. Thomas 17682 |
|---|---|---|---|

**YOU, THE INMATE HAVE THE RIGHT TO APPEAL THIS ACTION WITHIN 15 DAYS.**

For Administrative Use Only: Check applicable box: [✗] APPROVED  [ ] DISAPPROVED  [ ] MODIFY

Facility Commander's Signature/CCN: X____  Date: 2-24-2020

BSO DJ#96 (Revised 10/01)  White (original) - Inmate file  /  Yellow copy - Facility Commander's file  /  Pink copy - Inmate



**Sheriff Scott Israel**

# BROWARD SHERIFF'S OFFICE

MAIN JAIL
CLASSIFICATION

## INMATE DISCIPLINARY REPORT

2020 FEB 24  PM 3 33

PART I: REPORT OF INFRACTION        Inmate's present location: __Main Jail__ _____

Facility/Pod/Housing Unit/Cell Number

| Inmate's Name: Demons  Jamell | Violation Classification | Violation Code |
|---|---|---|
| Arrest Number: 801900172   Date/Time of Infraction: 2101 | 1. Fighting with another | A-2 |
| Place of Infraction: Main Jail   Dayroom | 2. Conduct which disrupts | A-5 |
| | 3. | |

Description of infraction (who, what, when, where, how, why and your actions):
On the above date and time I/M Demons, Jamell 801900172 was
involved in a physical altercation with inmates Murphy, Janard
571900285; Sewell, Barnard 501903561, Jean, Joshua 501803513,
Diaz, Christopher 501803180; Johnson, Lamar 571900787; in the
Dayroom of ▮▮▮. Due to this inmates actions the orderly running
of the ▮▮▮ Floor was disrupted causing all ▮▮▮ Floor housing
deputies to be off their post.

| Reporting employee's signature/CCN: | Date/Time: | Employee's name and title (print): |
|---|---|---|
| Bee-ll OvO  17883 | 2/21/20  1535 | Dep. Bee-ll OvO |
| Evidence collected? [ ] Yes  [X] No | Event Report Completed: [X] Yes  [ ] No | Case Number 20-2002-006793 |

PART II: INVESTIGATION                        Investigation starting date: 2/21/20, time: 1537 hours

Inmate present for statement (check one)? [X] Yes    [ ] No    [ ] Refused

I/M had no statement

**Inmate Requested:**    representation? [ ] Yes  [X] No        witnesses? [ ] Yes  [X] No

Comments/action taken and finding of infraction: Per DR Committee, Inmate Demons received 30 days
C/D with LOP. Inmate found guilty for A2 and A5 infraction.

| Inmate's Signature Refused to sign  en9139 | Investigator's signature/CNN: 9139 |
|---|---|
| Reviewing supervisor's signature/CCN: | Disciplinary Report expires on:  Date: 2/27/20  Time: 2101 |
| D.R. copy delivered to inmate by (name/CCN): 9139   Date/Time delivered: 2/21/20 1539 | Hearing Date and Time:  2/23/20 2020 |

White (original) - **Inmate file**    Yellow copy - **Facility Administrator's file**    Pink copy - **Inmate**

BSO DJ#88 (Rev. Jan. 2001)

**BROWARD SHERIFF'S OFFICE**
DEPARTMENT OF DETENTION AND COMMUNITY CONTROL

**DISCIPLINARY COMMITTEE ACTION SHEET**

Date: 9/18/19          Time: 1470 Hrs.

Inmate's present location: Facility: Main Jail   Pod: ▮   Housing Unit ▮   Cell #: ▮

**PART 1: Inmate Information**

| | Violation Classification | Violation Code |
|---|---|---|
| Inmate's Name: Domens, Janell | 1. THREATENING STAFF | 1. A3 |
| Arrest#: 801900172   Infraction Date: 9/12/19   Time: 1054 | 2. Conduct. | 2. A5. |
| Infraction Place: Main Jail ▮ | 3. | 3. |

Disciplinary Report expiration date: 9/19/19, Time: 1054 Hrs.   Inmate's Plea (check one): [ ] Guilty   [✓] Not Guilty THREATENING.

Hearing Continuance? [ ] Yes  Reason: _____   Inmate's Signature: _____

Representative requested? [ ] Yes [✓] No  Name: ____ NA

If denied, reason: _____

Witnesses requested? [ ] Yes [✓] No  If yes, name(s): ____ NA

Name of witness(es) present: ____ NA

Name of witness(es) not present and why (if denied by committee, reasons must be specific): ____ NA

Reporting employee present? [ ] Yes [ ] No  If yes, name/CCN: ____ NA

**PART II: HEARING (Presentation of Evidence)**

1. Inmate's statement summary: Inmate stated that he did flood, but he did not threaten staff at any time

2. Testimony summary of each witness: _____

3. Physical evidence received and considered: _____ NA

4. Written statements received and considered: _____

5. Confidential information considered and not provided to inmate: [ ] Yes [✓] No  Reason for confidentiality: _____

6. Information from informant is relevant to matter at issue: [ ] Yes [✓] No

7. Reason for confidential informant/information reliability: _____

8. Reliance level of informant information: _____

9. Evidence which corroborates information from informant: ____ NA

**PART III: DISPOSITION OF DISCIPLINARY HEARING COMMITTEE**
Committee Findings (check one): [✓] Guilty as charged   [ ] Not Guilty   [ ] Dismissed

Committee sanctions imposed are based on the following information: _____
Inmate statement, Written Disciplinary Report

Special Condition(s): Admin Review Requested.

Disciplinary Detention: [✓] Yes [ ] No  Number of days: 20   Loss of Gain Time: [ ] Yes [ ] No  Number of days: _____

Committee Action: _____
20 DAys lockdown / 10 DAys probation
Loss of priv. / After lockdown Completed.

| Action Date: 9/18/19 | Chairperson/CCN: Clark # K366 | Member #1/CCN: Kolwer 15585 | Member #2/CCN: D. Helt 8957 |

**YOU, THE INMATE HAVE THE RIGHT TO APPEAL THIS ACTION WITHIN 15 DAYS.**

For Administrative Use Only: Check applicable box: [✓] APPROVED [ ] DISAPPROVED [ ] MODIFY

Facility Commander's Signature/CCN: XO D Sanchez 11456   Date: 9.24.19

BSO DJ#96 (Revised 10/01)   White (original) - Inmate file  /  Yellow copy - Facility Commander's file  /  Pink copy - Inmate



**Sheriff Scott Israel**

# BROWARD SHERIFF'S OFFICE

## INMATE DISCIPLINARY REPORT

PART I: REPORT OF INFRACTION    Inmate's present location: _____

**Main Jail -** ▮▮▮

Facility/Pod/Housing Unit/Cell Number

| Inmate's Name: **Demons, Jamell** | Violation Classification **Threatening Staff** | Violation Code *A-3* |
|---|---|---|
| Arrest Number: 801900172   09/12/19 Date/Time of Infraction: 1054 hrs | **Conduct Which Disrupts** | *A-5* |
| Place of Infraction: *Main Jail /*   **Cell** ▮ | 3. | |

Description of infraction (who, what, when, where, how, why and your actions):

On Thursday, September 12, 2019 at approximately 1054 hours, Inmate Demons, Jamell
#801900172 placed his towel inside of the toilet and continuously flushed his toilet until the top
tier and bottom tier of unit ▮was flooded. When I went upstairs to turn the water off, inmate
Demons stated "Yeah I flooded it, now go get your sergeant. I'll beat all y'all ass and I have real
lawyers to get me out of it". The unit was immediately locked down and back-up was called.
~~Inmate Demons was placed in hand restraints and escorted out of the unit without further~~
~~incident. Inmate Demons is in violation of A-5 conduct which disrupts, A-3 Threatening another~~
~~with bodily harm.~~

| Reporting employee's signature/CCN: # 17896 | Date/Time: 09/12/19 | Employee's name and title (print): DEP. ISAAC |
|---|---|---|

Evidence collected? [ ] Yes [✓] No    Event Report Completed: [ ] Yes [✓] No   Case Number _____

PART II: INVESTIGATION    Investigation starting date: 9 / 12 / 19 , time: 1420 hours

Inmate present for statement (check one)? [✓] Yes   [ ] No   [ ] Refused

I/m stated " I flooded but I didn't threaten anyone ".

**Inmate Requested:**   representation? [ ] Yes [✓] No    witnesses? [ ] Yes [✓] No

Comments/action taken and finding of infraction: _____

20 DAYS L/D & LOP
10 DAYS PROBATION

| Inmate's Signature: | Investigator's signature/CNN: 15585 |
|---|---|
| Reviewing supervisor's signature/SCN: | Disciplinary Report expires on: Date: 9/19/19 Time: 1054 |
| D.R. copy delivered to inmate by (name/CCN): ___ 18/0608 Date/Time delivered: 9/12/19 B40 | Hearing Date and Time: 9/18/19   1420 Hours |

White (original) - Inmate file    Yellow copy - Facility Administrator's file    Pink copy - Inmate

BSO DJ#88 (Rev. Jan. 2001)

BROWARD SHERIFF'S OFFICE
DEPARTMENT OF DETENTION AND COMMUNITY CONTROL

## DISCIPLINARY COMMITTEE ACTION SHEET

Date: 7 / 24 / 19                                                                 Time: 0907 Hrs.

Inmate's present location: Facility: MAIN JAIL   Pod:          Housing Unit:          Cell #:

**PART 1: Inmate Information** | Violation Classification | Violation Code

| Inmate's Name: DEMONS, JAMELL | | |
|---|---|---|
| | 1. THREATENING ANOTH. | 1. A3 |
| Arrest#: 801900172  Infraction Date: 7-19-19  Time: 1005 | 2. REFUSING TO OBEY | 2. A4 |
| Infraction Place: | 3. | 3. |

Disciplinary Report expiration date: 7 / 26 / 19 . Time: 1005 Hrs.   Inmate's Plea (check one):   [ ] Guilty   [X] Not Guilty

Hearing Continuance? [ ] Yes  Reason: N/A   Inmate's Signature: INMATE IN CUSTODY

Representative requested? [ ] Yes [X] No  Name: N/A

If denied, reason: N/A

Witnesses requested?  [ ] Yes [X] No  If yes, name(s): N/A

Name of witness(es) present: N/A

Name of witness(es) not present and why (if denied by committee, reasons must be specific): N/A

Reporting employee present? [ ] Yes [X] No  If yes, name/CCN: N/A

**PART II: HEARING (Presentation of Evidence)**

1. Inmate's statement summary: "I NEVER THREATENED HIM, I NEVER DISRESPECTED HIM".

2. Testimony summary of each witness: N/A

3. Physical evidence received and considered: N/A

4. Written statements received and considered: N/A

5. Confidential information considered and not provided to inmate:  [ ] Yes [X] No   Reason for confidentiality: N/A

6. Information from informant is relevant to matter at issue: [ ] Yes   [X] No

7. Reason for confidential informant/information reliability: N/A

8. Reliance level of informant information: N/A

9. Evidence which corroborates information from informant: N/A

**PART III: DISPOSITION OF DISCIPLINARY HEARING COMMITTEE**

Committee Findings (check one): [X] Guilty as charged   [ ] Not Guilty   [ ] Dismissed

Committee sanctions imposed are based on the following information: BASED ON THE INMATE'S CONTACT CARD HISTORY, HIS STATEMENTS, AND REVIEWING THE CAMERA SYSTEM.

Special Condition(s):

Disciplinary Detention: [X] Yes [ ] No  Number of days: 20   Loss of Gain Time: [ ] Yes [X] No  Number of days: 0

Committee Action: (20) DAYS LOCKDOWN WITH LOSS OF ALL PRIVELEGES AND (10) DAYS PROBATION, CREDIT FROM 7-19-19 TO 7-24-19 (5) DAYS SERVED.

| Action Date: 7 / 24 / 19 | Chairperson/ CCN: SGT. BROOKS 13727 | Member #1/ CCN: 15553 Sgt. Jones | Member #2/ CCN: 19182 |
|---|---|---|---|

**YOU, THE INMATE HAVE THE RIGHT TO APPEAL THIS ACTION WITHIN 15 DAYS.**

For Administrative Use Only: Check applicable box: [X] APPROVED [ ] DISAPPROVED [ ] MODIFY

Facility Commander's Signature/CCN: XO LT Sanchez 11486   Date: 7, 25, 19

BSO DJ#96 (Revised 10/01)   White (original) - Inmate file  /  Yellow copy - Facility Commander's file  /  Pink copy - Inmate



**Sheriff Scott Israel**

# BROWARD SHERIFF'S OFFICE

## INMATE DISCIPLINARY REPORT



8/7/19

MANUAL CLASSIFICATION

2019 JUL 26 AM 11:52

PART I: REPORT OF INFRACTION    Inmate's present location: _____ **Main Jail-█████**

Facility/Pod/Housing Unit/Cell Number

| Inmate's Name **Demons, Jamell** | | Violation Classification **Threatening Another** | Violation Code **A-3** |
|---|---|---|---|
| Arrest Number: **801900172** | Date/Time of Infraction: **07/19/19 1005hr** | **Refusing to obey** | **A-4** |
| Place of Infract ██████ | | 3. | |

Description of infraction (who, what, when, where, how, why and your actions):

On the above date and time, Inmate Demons, Jamell # 801900172 located in █████ was
given verbal orders to return to his cell after being disrespectful to staff. Inmate Demons
stated "Fuck that shit, I ain't doing nothing you say". I enter the unit to escort Inmate
Demons to his cell; as I attempted to give him a custodial touch, he pushed my hands
away and stated "don't touch me mother-fucker, you don't know who I am. He continued,
I'll have my people take care of you in the streets."
Inmate Demons was informed that he will receive a D.R. for his action.

| Reporting employee's signature/CCN: Beckford 17883 | Date/Time: 7/19/19 1210hrs | Employee's name and title (print): Deputy Beckford |
|---|---|---|
| Evidence collected? [ ] Yes   [✓] No | Event Report Completed: [ ] Yes   [✓] No | Case Number N/A |

PART II: INVESTIGATION    Investigation starting date: 7 / 19 / 19 , time: 1437 hours

Inmate present for statement (check one)? [✓] Yes   [ ] No   [ ] Refused

Not guilty, I already served two hours. Please check the camera.

**Inmate Requested:**    representation? [ ] Yes   [✓] No    witnesses? [ ] Yes   [✓] No

Comments/action taken and finding of infraction: __20 DAYS LOCKDOWN WITH LOSS OF ALL
PRIVELEGES AND (10) DAYS PROBATION. INMATE TO RECEIVE (5) DAYS CREDIT
FOR TIME SERVED.__

| Inmate's Signature: [signature] | Investigator's signature/CCN: Dep. R ____ 18035 |
|---|---|
| Reviewing supervisor's signature/CCN: Sgt ██ Brown 1483 | Disciplinary Report expires on: Date: 07/26/19   Time: 100 S |
| D.R. copy delivered to inmate by (name/CCN): Dep. Billings 18954 | Date/Time delivered: 07/19/19 1659hrs | Hearing Date and Time: 7-24-19 / 0907 HRS. |

White (original) - Inmate file    Yellow copy - Facility Administrator's file    Pink copy - Inmate

BROWARD SHERIFF'S OFFICE
DEPARTMENT OF DETENTION AND COMMUNITY CONTROL

**DISCIPLINARY COMMITTEE ACTION SHEET**

Date: 3 20 19                                    Time: 1732 Hrs.

Inmate's present location: Facility: Main Jail   Pod: ▮   Housing Unit: ▮   Cell #: ▮

**PART 1: Inmate Information**

| | Violation Classification | Violation Code |
|---|---|---|
| Inmate's Name: DEMONS, JAMELL | 1. Conduct W/ Disrupts | 1. A5 |
| Arrest#: 801900172  Infraction Date: 3/13/19  Time: 1934 | 2. Unauthorized Phone Use | A22 |
| Infraction Place: Main Jail ▮ Dayroom | 3. Unauthorized Phone Act | B2 |

Disciplinary Report expiration date: 3 20 19, Time: 1936 Hrs.   Inmate's Plea (check one):  [ ] Guilty  [X] Not Guilty

Hearing Continuance? [ ] Yes Reason: _____N/A_____   Inmate's Signature: In - Custody

Representative requested? [ ] Yes [X] No Name: _____N/A_____

If denied, reason: _____

Witnesses requested? [ ] Yes [X] No If yes, name(s): N/A

Name of witness(es) present: N/A

Name of witness(es) not present and why (if denied by committee, reasons must be specific): N/A

Reporting employee present? [ ] Yes [X] No If yes, name/CCN: N/A

**PART II: HEARING (Presentation of Evidence)**

1. Inmate's statement summary: Inmate stated, " I did not know, it couldn't be done."

2. Testimony summary of each witness: N/A

3. Physical evidence received and considered: N/A

4. Written statements received and considered: N/A

5. Confidential information considered and not provided to inmate: [ ] Yes [X] No  Reason for confidentiality: N/A

6. Information from informant is relevant to matter at issue: [ ] Yes [X] No

7. Reason for confidential informant/information reliability: N/A

8. Reliance level of informant information: N/A

9. Evidence which corroborates information from informant: N/A

**PART III: DISPOSITION OF DISCIPLINARY HEARING COMMITTEE**

Committee Findings (check one): [X] Guilty as charged   [ ] Not Guilty   [ ] Dismissed

Committee sanctions imposed are based on the following information: Sanctions were imposed based on evidence (audio recording) of the incident that was revealed through an investigation.

Special Condition(s): N/A

Disciplinary Detention: [X] Yes [ ] No  Number of days: 30 _____ Loss of Gain Time: [ ] Yes [X] No  Number of days: 0

Committee Action: Inmate sentenced to 30 days disciplinary confinement with loss of all privileges

| Action Date: 3 20 19 | Chairperson/CCN: Russ 1242 | Member #1/CCN: Moraney 17884 | Member #2/CCN: Pimenter 18613 |

**YOU, THE INMATE HAVE THE RIGHT TO APPEAL THIS ACTION WITHIN 15 DAYS.**

For Administrative Use Only: Check applicable box: [X] APPROVED  [ ] DISAPPROVED  [ ] MODIFY

Facility Commander's Signature/CCN: X O LT Sanchez 11456   Date: 3, 21, 19

BSO DJ#96 (Revised 10/01)  White (original) - Inmate file  /  Yellow copy - Facility Commander's file  /  Pink copy - Inmate



**Sheriff Scott Israel**

# BROWARD SHERIFF'S OFFICE

## INMATE DISCIPLINARY REPORT

CLASSIFICATION

2019 MAR 21  PM 2: 10

PART I: REPORT OF INFRACTION          Inmate's present location: _____

Facility/Pod/Housing Unit/Cell Number

| Inmate's Name: Demons, Jamell | | Violation Classification | Violation Code |
|---|---|---|---|
| | 1. | Conduct that disrupts | A-5 |
| Arrest Number: 801900172   Date/Time of Infraction: 3/13/19 (@ 9/21 02/17/2019 1936 | 2. | Unauthorized phone use | A-22 |
| Place of Infraction: ████ Dayroom | 3. | Unauthorized phone act | B-2 |

**Description of infraction (who, what, when, where, how, why and your actions):**

On February 17, 2019 Inmate Demons, Jamell (B/M) CIS#801900172 initiated communication with his codefendant Inmate Henry, Cortlen (B/M) CIS#371900050 via a three way call. A review of the Ocularis Camera system was conducted and verified that both Inmates were present in their assigned housing units communicating on the phones. Due to Inmate Demons actions the allegations against him were investigated and verified that he took part in these infractions.    Note: I was advised to write this D.R. on 3/13/19

| Reporting employee's signature/CCN: ████ 1571Y | Date/Time: 3/13/19 2040 | Employee's name and title (print): Sgt Williams |
|---|---|---|
| Evidence collected? [ ] Yes [ ✓ ] No | Event Report Completed: [ ] Yes [ ✓ ] No | Case Number _____ |

**PART II: INVESTIGATION**          Investigation starting date: 3/13/19, time: 2110 hours

Inmate present for statement (check one)? [ ✓ ] Yes   [ ] No   [ ] Refused

Inmate States, "I wasn't on the phone with him."

**Inmate Requested:**   representation? [ ] Yes [ ✓ ] No        witnesses? [ ] Yes [ ✓ ] No

Comments/action taken and finding of infraction: Guilty - Sentenced to (30) days disciplinary confinement w/loss of all privileges.

| Inmate's Signature: Refused to Sign ████ | Investigator's signature/CCN: ████ 9139 |
|---|---|
| Reviewing supervisor's signature/CCN: ████ 8103 | Disciplinary Report expires on: Date: 3/20/19  Time: 1936 |
| D.R. copy delivered to inmate by (name/CCN): ████ 9139   Date/Time delivered: 3/13/19  2115 | Hearing Date and Time: 3/20/19  1732 |

White (original) - **Inmate file**     Yellow copy - **Facility Administrator's file**     Pink copy - **Inmate**

BSO DJ#88 (Rev. Jan. 2001)