## Video Visitation Center Interruptions Records for Inmate Demons,Jamell (801900172)

| Date | Visitor Name | Violation Notes |
|---|---|---|
| 02-15-2019 | Chari Williams | Visitor was driving |
| 02-21-2019 | Amronik Porter | Visitor was driving |
| 02-23-2019 | Christasha Harvey | Visitor Exposed Breasts |
| 03-3-2019 | Samone Brooks | Electronic device after being warned |
| 03-09-2019 | Alexis Walker | Visitor taking a screen shot with another inmate in picture also. |
| 03-17-2019 | Niyah Hewitt | Visitor driving during visit |
| 03-24-2019 | Jamie King | Visitor taking pictures of inmate |
| 03-30-2019 | Ta'Myiah Miller | Visitor taking "selfies" pictures |
| 04-06-2019 | Krystal Borrego | Visitor dancing and standing during visit |
| 04-07-2019 | Antonia Rouse | Visitor wasn't wearing proper dress code "tank top no sleeves. |
| 04-07-2019 | Samone Brooks | "called the jail to informed the inmate to tell the registered user that she is the only one to be on the visit. She keep giving the phone to other people that is not registered." |
| 01-04-2020 | Shevona Pickering | Visitor allowed another person to speak with inmate |
| 01-09-2020 | Goldean Smith | Registered Visitor wasn't present |
| 01-10-2020 | Goldean Smith | Showing body parts after second warning |
| 01-11-2020 | Shevona Pickering | Visitor present is not the registered user |
| 01-14-2020 | Goldean Smith | Registered user didn't come to the phone after multiple warning |
| 01-19-2020 | Malik McDuffie | Inmate allowed another person to visit the visitor |
| 01-19-2020 | Brieanna Richards | Visitor was showing pictures from her cell phone |
| 01-26-2020 | Angelena Loper | Terminated for handing over to another inmate |
| 01-29-2020 | Angelena Loper | Visitor talking to random inmates not Inmate Demons |
| 01-31-2020 | Selindia Blair | Visitor showed her butt to Inmate |
| 02-01-2020 | Selindia Blair | Showing body |
| 02-02-2020 | Sada Pickering | Visitor using another electronic device during session. |
| 02-03-2020 | Selindia Blair | Showing underwear and bra |
| 02-05-2020 | Michael Beck | Registered user wasn't present |
| 02-09-2020 | Sade Pickering | Registered user didn't come to visit after multiple warning |
| 02-17-2020 | Sade Pickering | Visitor ignored warnings for registered user to be present |
| 02-20-2020 | Sade Pickering | Visitor was taking pictures |
| 03-22-2020 | Kenjayla Dixon | Visitor showing her body |
| 07-12-2020 | Tenesha Hill | Registered user wasn't present |
| 07-12-2020 | Sada Pickering | Visitor showing too much cleavage |
| 07-26-2020 | Shevona Pickering | Visitor Terminated for violating rules |

| 07-29-2020 | Michael Beck | Visitor was driving |
|---|---|---|
| 08-03-2020 | Sade Pickering | Registered user wasn't present |
| 08-16-2020 | Tenesha Hill | Using a camera or recording device during visit |
| 08-16-2020 | Sade Pickering | Registered user wasn't present |
| 08-18-2020 | Sade Pickering | Registered user wasn't present |
| 08-23-2020 | Tenesha Hill | Registered user wasn't present |
| 08-23-2020 | Sade Pickering | Showing body |
| 08-24-2020 | Sade Pickering | Registered user wasn't present |
| 08-26-2020 | Michael Beck | Visitor using other device while visiting |
| 08-27-2020 | Tenesha Hill | Visitor was showing body |
| 08-29-2020 | Sade Pickering | Registered visitor not present |
| 08-31-2020 | Kenjayla Dixon | Visitor showing her body |
| 09-11-2020 | Selindia Blair | Visitor not following proper dress code |
| 09-13-2020 | Kenjayla Dixon | Visitor was terminated for violating rules |
| 09-14-2020 | Michael Beck | Registered user not present |
| 09-20-2020 | Kenjayla Dixon | "Shaking Butt" |
| 09-20-2020 | Michael Beck | Registered user not present |
| 09-20-2020 | Shevona Pickering | Showing Body |
| 09-21-2020 | Royshenna Dunston | Registered user not present |
| 09-21-2020 | Sade Pickering | Registered user not present/driving |
| 09-23-2020 | Michael Beck | After 2 warning / registered user not present |
| 09-24-2020 | Royshenna Dunston | Visitor violated rules |
| 09-25-2020 | Shevona Pickering | Visitor terminated for dresscode |
| 09-30-2020 | Ross Obazee | Registered user wasn't present on visit |
| 09-30-2020 | Michael Beck | Registered user not on visit |
| 10-11-2020 | Kenjayla Dixion | Visitor violated rules |
| 10-13-2020 | Shevona Pickering | Visitor lifted up her shirt |
| 10-16-2020 | Royshenna Dunston | Visitor violated rules |
| 11-08-2020 | Kenjayla Dixon | Visitor violated rules |
| 11-15-2020 | Kenjayla Dixon | Visitor violated rules |
| 11-23-2020 | Bryona Courtney | Visit terminated for dress code |
| 11-26-2020 | Bryona Courtney | Taking pictures and dress code violation |
| 12-06-2020 | Kenya Dixon | Not registered user |
| 12-06-2020 | Kenya Dixon | Not the registered user |
| 12-07-2020 | Kenya Dixon | Not the registered user |
| 12-13-2020 | Kenya Dixon | Not registered user |
| 12-21-2020 | Shevona Pickering | Registered user not present |

| | | |
|---|---|---|
| **12-22-2020** | Shevona Pickering | Registered user not present |
| **12-25-2020** | Kenjayla Dixon | Visitor violated rules |
| **12-26-2020** | Kenya Dixon | Not the registered user |
| **12-27-2020** | Kenya Dixon | Visitor driving and is not the registered user |
| **12-27-2020** | Kenya Dixon | Not the registered user |
| **01-17-2021** | Bryona Courtney | Visit violated rules |
| **01-24-2021** | Soraya Sims | Inmate Refused Visit per Housing |
| **01-25-2021** | Kenjayla Dixon | Visit terminated for violation of dress code |
| **02-07-2021** | Soraya Sims | Inappropriate behavior |
| **02-09-2021** | Kenjayla Dixon | Visit terminated for violating rules |
| **02-09-2021** | Kenjayla Dixon | Other Inmates in the visit |
| **02-10-2021** | Victor Harris | Visitor violated rules |
| **02-11-2021** | Victor Harris | Registered user not present |
| **02-12-2021** | Victor harris | Visitor Violated Rules |
| **02-13-2021** | Kenjayla Dixon | Inmate disrupting unit |
| **02-14-2021** | Fujiyama Rice | Violated rules |
| **02-15-2021** | Fujiyama Rice | Inappropriate pictures |
| **02-21-2021** | Bryona Courtney | Violated rules |
| **02-28-2021** | Cecilee Fields | Using a camera or recording device/ violated rules |
| **03-05-2021** | Bryona Courtney | Violated rules |
| **03-07-2021** | Christopher Jean-Louis | Termination for dresscode |
| **03-15-2021** | Bryona Courtney | Terminated for dress code |
| **03-16-2021** | Shevona Pickering | Violated Rules |
| **03-20-2021** | Finesse Shelton | Registered user not present |
| **03-28-2021** | Christopher Jean-Louis | Registered user not present |
| **03-29-2021** | Bryona Courtney | Nonregistered user |
| **04-04-2021** | Finesse Shelton | Registered user not present |
| **05-04-2021** | Raven Liberty | Attorney was smoking and other people were on the call |
| **06-29-2021** | Kenjayla Dixon | Smoking |
| **07-01-2021** | Victor Harris | Showing pictures from another cell warned twice |
| **07-08-2021** | Michael Beck | Not registered user |
| **07-09-2021** | Tahyana Jones | Handing phone over to another I/M |
| **07-13-2021** | Bryona Courtney | Violating Rules |
| **07-14-2021** | Bryona Courtney | Driving while on video visit |
| **07-15-2021** | Bryona Courtney | Driving while on Video visit |
| **07-17-2021** | Bryona Courtney | Registered user not present |
| **07-17-2021** | Shaziah Fook | Dress code |

| | | |
|---|---|---|
| **07-18-2021** | Shevona Pickering | Cellphone |
| **07-23-2021** | Kenjayla Dixon | Visitor Suspended therefore terminated visit |
| **07-24-2021** | Shaziah Fook | Registered user not present |
| **07-29-2021** | Kenjayla Dixon | Smoking |
| **08-07-2021** | Shazaih Fook | Showing explicit photos |
| **08-09-2021** | Victor Harris | Violated rules |
| **08-17-2021** | Jamie King | Taking Pictures |