# INCIDENT/INVESTIGATION REPORT

** Contains Restricted Names **

**Agency Name:** Broward County Sheriff's Office
**ORI:** 0060000
**Location of Incident:** 555 SE 1ST AV, Fort Lauderdale FL 33301
**Gang Relat:** YES
**Premise Type:** Jail/prison/penitentiar
**Zone/Tract:** 5101
**Case#:** 90-2204-003478
**Date / Time Reported:** 04/11/2022 14:15 Mon
**Last Known Secure:** 04/11/2022 09:50 Mon
**At Found:** 04/11/2022 09:50 Mon

## Incident Data

**#1 Crime Incident(s):** Drugs / Narcotics Offenses — DRGO (Com)
- Weapon / Tools: Drugs/narcotics/sleeping Pills
- Activity: P

**#2 Crime Incident:** Contraband (introduce / Possess / Found) — CONT (Com)
- Weapon / Tools: Knife/cutting Instrument
- Activity: P, G

**#3 Crime Incident:** (blank)

## Victim

**# of Victims:** 1  **Type:** STATE  **Injury:** None  **Domestic:** NO

| | Victim/Business Name | Victim of Crime # | DOB/Age | Race | Sex | Relationship To Offender | Resident Status | Military Branch/Status |
|---|---|---|---|---|---|---|---|---|
| V1 | STATE OF FLORIDA | 1, 2 | | | | | IRU | N/A |

## Others Involved

CODES: V- Victim (Denote V2, V3)   WI = Witness   IO = Involved Other   RP = Reporting Person (if other than victim)

**Type:** INDIVIDUAL (NOT A LE OFFICER)  **Injury:**
- Code: IO
- Name: DEMONS, JAMELL
- DOB: 05/01/1999  Age 22
- Race: B  Sex: M
- Home Address: 604 9TH AV VERO BEACH, FL 32962
- Home Phone: 772-501-6942
- Employer Name/Address: YNW MELLY
- Business Phone: 772-501-6942

**Type:** INDIVIDUAL (NOT A LE OFFICER)  **Injury:**
- Code: RP
- Name: ALMEIDA, ALEX  Restricted
- DOB: [redacted]
- Race: W  Sex: M
- Home Address: 555 SE 1ST AV FORT LAUDERDALE, FL 33301

## Property

L = Lost   S = Stolen   R = Recovered   D = Damaged   Z = Seized   B = Burned   C = Counterfeit / Forged   F = Found
("OJ" = Recovered for Other Jurisdiction)

| VI# | Code | Status Frm/To | Value | OJ | QTY | Property Description | Make/Model | Serial Number |
|---|---|---|---|---|---|---|---|---|
| 6 | 71 | EVID | $0.00 | | 3 | METALS NON-PRECIOUS | | |
| 6 | 77 | EVID | $0.00 | | 2 | BIC LIGHTER | | |
| 6 | 11 | EVID | $0.00 | | 13 | DRUG/NARCOTIC EQUIPMENT | | |
| 6 | 11 | EVID | $0.00 | | 13 | DRUG/NARCOTIC EQUIPMENT | | |
| 6 | 70 | EVID | $0.00 | | 1 | WRIST BRACE | | |

**Officer/ID#:** ROLLE, T. M. (4220) (15262)
**Invest ID#:** (0)
**Supervisor:** ROBERTS, L. D. (4220) (12188)
**Case Status:** Open / Active  04/11/2022
**Case Disposition:**
**Page 1**

## Incident Report Additional Name List

*Broward County Sheriff's Office*　　　　　　　　　　　　　　　　　OCA: 90-2204-003478

**Additional Name List**

**\*\* Contains Restricted Names \*\***

| | Name Code/# | Name (Last, First, Middle) | Victim of Crime # | DOB | Age | Race | Sex |
|---|---|---|---|---|---|---|---|
| 1) | IO    3 | WELLPATH NURSE KEATHLY | | | | W | F |
| | Address | , | | H: - - | | | |
| | Empl/Addr | | | B: - - | | | |
| | | | | Mobile #: - - | | | |
| 2) | IO    2 | DOMINGUEZ, JORGE | | 11/03/1972 | 49 | W | M |
| | Address | 1349 SE 5TH CT , DEERFIELD BEACH, FL 33441- | | H: 347-654-4101 | | | |
| | Empl/Addr | | | B: - - | | | |
| | | | | Mobile #: - - | | | |
| 3) Restricted | RP    3 | THOMAS, MATTHEW | | ▮▮▮▮▮ | | B | M |
| | Address | ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮ | | H: 954-831-0200 | | | |
| | Empl/Addr | Bso | | B: 954-831-0200 | | | |
| | | | | Mobile #: - - | | | |
| 4) Restricted | RP    4 | MESSINA, NICHOLAS | | 05/25/1994 | 27 | W | M |
| | Address | 22926 IRONWEDGE DR , BOCA RATON, FL 33433- | | H: 561-325-0410 | | | |
| | Empl/Addr | | | B: - - | | | |
| | | | | Mobile #: - - | | | |
| 5) Restricted | RP    2 | GIL, CHRISTOPHER G | | ▮▮▮▮▮ | | W | M |
| | Address | 555 SE 1ST AV , FORT LAUDERDALE, FL 33301- | | H: - - | | | |
| | Empl/Addr | Broward Sheriffs Office | | B: - - | | | |
| | | | | Mobile #: - - | | | |
| 6) Restricted | RP    5 | ANDA, CHRISTIAN | | ▮▮▮▮▮ | | W | M |
| | Address | 555 SE 1ST AV , FORT LAUDERDALE, FL 33301- | | H: 954-831-5934 | | | |
| | Empl/Addr | Broward Sheriff's Office | | B: 954-831-5934 | | | |
| | | | | Mobile #: - - | | | |
| 7) Restricted | RP    6 | ROLLE, TIMOTHY | | ▮▮▮▮▮ | | B | M |
| | Address | 555 SE 1ST AV , FT LAUDERDALE, FL 33301- | | H: 954-831-0200 | | | |
| | Empl/Addr | | | B: - - | | | |
| | | | | Mobile #: - - | | | |
| 8) Restricted | IO    4 | GIL, CHRISTOPHER G | | ▮▮▮▮▮ | | W | M |
| | Address | 555 SE 1ST AV , FORT LAUDERDALE, FL 33301- | | H: - - | | | |
| | Empl/Addr | Broward Sheriffs Office | | B: - - | | | |
| | | | | Mobile #: - - | | | |
| 9) Restricted | IO    5 | ALMEIDA, ALEX | | ▮▮▮▮▮ | | W | M |
| | Address | 555 SE 1ST AV , FORT LAUDERDALE, FL 33301- | | H: - - | | | |
| | Empl/Addr | | | B: - - | | | |
| | | | | Mobile #: - - | | | |

# Incident Report Additional Name List

*Broward County Sheriff's Office*  OCA: 90-2204-003478

**Additional Name List**

**\*\* Contains Restricted Names \*\***

| | Name Code/# | | Name (Last, First, Middle) | Victim of Crime # | DOB | Age | Race | Sex |
|---|---|---|---|---|---|---|---|---|
| **10)** | IO | 6 | REEVES, ARTHUR | | | | B | M |
| *Restricted* | Address | | 555 SE 1ST AV , FORT LAUDERDALE, FL 33301- | | H: - - | | | |
| | Empl/Addr | | *Bso* | | B: 954-831-5934 | | | |
| | | | | | Mobile #: - - | | | |
| **11)** | IO | 7 | THOMAS, MATTHEW | | | | B | M |
| *Restricted* | Address | | , | | H: - - | | | |
| | Empl/Addr | | | | B: - - | | | |
| | | | | | Mobile #: - - | | | |
| **12)** | IO | 8 | ANDA, CHRISTIAN | | | | W | M |
| *Restricted* | Address | | 555 SE 1ST AV , FORT LAUDERDALE, FL 33301- | | H: 954-831-5934 | | | |
| | Empl/Addr | | *Broward Sheriff's Office* | | B: 954-831-5934 | | | |
| | | | | | Mobile #: - - | | | |
| **13)** | IO | 9 | MESSINA, NICHOLAS | | | | | |
| *Restricted* | Address | | 1550 NW 30TH AV , POMPANO BEACH, FL 33069- | | H: - - | | | |
| | Empl/Addr | | *Bso* | | B: - - | | | |
| | | | | | Mobile #: - - | | | |

## INCIDENT/INVESTIGATION REPORT

*Broward County Sheriff's Office*

Case # 90-2204-003478

| Status Codes | L = Lost   S = Stolen   R = Recovered   D = Damaged   Z = Seized   B = Burned   C = Counterfeit / Forged   F = Found |||||||
|---|---|---|---|---|---|---|---|
| D R U G S | UCR | Status | Quantity | Type Measure | Suspected Type | \ | Up to 3 types of activity |
|  | H | 6 | 16.000 | DU | OTHR NARCOTICS | Poss |  |
|  |  |  |  |  |  |  |  |
|  |  |  |  |  |  |  |  |
|  |  |  |  |  |  |  |  |
|  |  |  |  |  |  |  |  |
|  |  |  |  |  |  |  |  |
|  |  |  |  |  |  |  |  |
|  |  |  |  |  |  |  |  |
|  |  |  |  |  |  |  |  |

Assisting Officers

Suspect Hate / Bias Motivated:   UNKNOWN

NARRATIVE
MAIN JAIL / BRAVO SHIFT
▮▮▮▮▮▮▮ UNIT ▮ CELL ▮
CONTRABAND

## REPORTING OFFICER NARRATIVE

| Broward County Sheriff's Office | | OCA<br>90-2204-003478 |
|---|---|---|
| Victim<br>STATE OF FLORIDA | Offense<br>DRUGS / NARCOTICS OFFENSES | Date / Time Reported<br>Mon 04/11/2022 14:15 |

-- Nicholas Lewis Arrest Narrative:
CONTRABAND (POSSESSION) FSS 951.22

ON APRIL 11, 2022 AT OR ABOUT 1120 HOURS, SUSPECT NICHOLAS LEWIS DID UNLAWFULLY POSSESS, 1 METAL SHANK, 2 RAZOR BLADES, 2 BIC LIGHTERS, 13 ROLLING PAPERS UPON THE GROUNDS OF A COUNTY DETENTION FACILITY. I FOUND THE CONTRABAND WHILE EMPLOYED AT THE BROWARD SHERIFF'S OFFICE ASSIGNED TO THE MAIN JAIL WHILE WORKING AS THE ▮▮▮ FLOOR SERGEANT IN FULL CLASS A UNIFORM. DURING THE SEARCH OF INMATE LEWIS'S ASSIGNED CELL, A METAL SHANK APPROXIMATELY SIX INCHES IN LENGTH AND TWO RAZOR BLADES CONCEALED IN LEWIS'S IN-CELL ALLOWABLE BAG WERE RECOVERED. SUSPECT NICHOLAS LEWIS IN-CELL PROPERTY WAS SCANNED UTILIZING THE FACILITY'S MAGNETOMETER X-RAY DEVICE WHICH REVEALED TWO BIC LIGHTERS AND THIRTEEN ROLLING PAPERS.

POSSESSION OF CONTROL SUBSTANCE W/O PRESCRIPTION
(FSS 893.13-6A)

SUSPECT NICHOLAS LEWIS DID HAVE IN HIS ACTUAL POSSESSION, SEROQUEL AND KLONOPIN PILLS, WHICH IS KNOWN BY LAW TO BE A CONTROLLED SUBSTANCE, IN AN AMOUNT OF 7 SEROQUEL AND 9 KLONOPINS. THE PILLS WAS IDENTIFIED BY THE MAIN JAIL'S WELLPATH MEDICAL STAFF AND WAS FOUND DURING A STRIP-SEARCH OF SUSPECT LEWIS, NICHOLAS GENITALIA. IT WAS VERIFIED BY WELLPATH MEDICAL STAFF THAT SUSPECT LEWIS, NICHOLAS DOES NOT HAVE A PRESCRIPTIONS FOR THE CONTROLLED SUBSTANCES.

---

On Monday, April 11, 2022, at approximately 0950 hours, after receiving a confidential tip regarding Inmates Lewis, Nicholas CIS# 251501066, housed in ▮▮▮ Unit ▮ Cell ▮ and Demons, Jamell CIS# 251900172, housed in ▮▮▮ Unit ▮ Cell ▮ in planning an escape from the jail by having Demon's attorney bring in two handcuff keys to aid in the escape. Additionally, it was alleged that Lewis has been selling drugs but the confidential informant did not provide any additional details about the drug or its location.

At my request, the ▮-floor staff and I conducted a thorough shakedown of Lewis's cell (▮▮▮) and Demon's cell (▮▮▮). During the search, Deputy Gil, CCN 19359 (▮▮▮ Housing Deputy), recovered a metal shank approximately six inches in length from Lewis's in-cell allowable bag located in Lewis's cell. In-cell allowable bag are issued to inmates to store their personal property. Deputy Almeida, CCN 19814 ▮▮▮ Housing Deputy), recovered two razor blades from Lewis's medical wrist brace located inside Lewis's cell. Sergeant A. Reeves, CCN 11706 (Main Jail Security Sergeant), strip-searched Lewis due to a reasonable suspicion of contraband. Sergeant Reeves discovered 16 pills concealed near Lewis's genitals during the strip search. Subsequently, the pills were identified and verified by WellPath Keathley to be narcotics 9-Klonopins (blue) and 7-Seroquel (white). Per WellPath Nurse Keathley Lewis was not perscribed either medication. Inmate Dominguez-Atencio, Jorge CIS# 501705053 (White male) is the only inmate perscribed the above mentioned medications. When questioned Dominguez stated he had no knowledge of how Inmate Lewis received the medications. Inmate Dominguez was written a Disciplinary Report for his alleged involvement in this incident.

When questioned about the contraband, both Lewis and Demons refused to give a statement.

## REPORTING OFFICER NARRATIVE

| Broward County Sheriff's Office | | OCA<br>90-2204-003478 |
|---|---|---|
| Victim<br>STATE OF FLORIDA | Offense<br>DRUGS / NARCOTICS OFFENSES | Date / Time Reported<br>Mon 04/11/2022 14:15 |

Inmate Lewis and Demons are both high profile inmates, with Lewis having gang affiliation with the Blood gang.

A SecurPass body scan yielded negative results for both Lewis and Demons.

Deputy Thomas, CCN 19811 ( ▆▆▆▆ Housing Deputy), escorted Lewis's sealed commissary food items inside his in-cell allowable bag to the Main Jail Magnetometer & Scanner (X-Ray) for further search. While searching, he discovered (2) Bic lighters and (13) Rolling papers concealed inside a potato chip bag. All recovered contraband was confiscated and placed into evidence by me.

Demon's sealed commissary items were scanned and yielded negative results.

Inmate Lewis was placed on the Main Jail's No Razor list indefinitely.

Inmate Lewis was charged with Possession of Contraband Detention Facility F.S.S. 951.22 and Possession of a Control Substance F.S.S. FSS 893.03), (FSS 893.13). Lewis was read his Miranda Warnings Rights by Deputy Gil witnessed by Sergeant Reeves and I.

Inmate Demons was not add-charged for this incident.

Photographs of the contraband were taken by Sergeant Reeves, CCN 11706, and attached to the Disciplinary Report and Incident Report Packet.

An Inmate Relocation Pass was completed and submitted to classification along with a copy of the Disciplinary Report.

Lieutenant Slappy, CCN 13817, was notified.

Recovered contraband was placed into evidence by Sergeant Rolle.

Main Jail Master Control Deputy Courter was notified at 1414 hours.

THE FOREGOING POLICE REPORTS, CONSISTING OF ___9___ PAGES, EACH PAGE HAVING BEEN INITIALED BY ME, ARE HEREBY SWORN TO:

_Sergeant Timothy Rolle_
AFFIANT

Sworn to and subscribed before me This _29_ day of _April_, 20 _22_ A.D.

_12/88_



## CASE SUPPLEMENTAL REPORT
*NOT SUPERVISOR APPROVED*

Printed: 04/12/2022 15:20

OCA: **902204003478**

---

THE INFORMATION BELOW IS CONFIDENTIAL - FOR USE BY AUTHORIZED PERSONNEL ONLY

Investigator: *REEVES, A. L. (11706)*  
Supervisor: *(0)*  
Contact:

Date / Time: *04/12/2022 15:19:57, Tuesday*  
Supervisor Review Date / Time: *NOT REVIEWED*  
Reference: *Assisting Officer*

---

On Monday, April 11, 2022, at approximately 0950 hours, an unnamed inmate informed Sergeant Rolle CCN 15262 that Inmate Lewis, Nicholas C.I.S. 251501066, housed in ▮▮▮▮ Unit▮ Cell ▮ had a shank, drugs and was planning an escape. Inmate Demons, Jamell C.I.S. 251900172, housed in ▮▮▮▮ Unit▮ Cell▮ was to smuggle in two handcuff keys to aid in the escape. Sergeant Rolle ordered a shakedown of their cells. He asked me to assist him with the supervision of the shakedown due to both inmates being high-profile inmates, with Lewis having gang affiliation with the Blood gang. While the staff was inspecting the cell and its contents, they discovered contraband items inside his cell and his commissary bag.

I completed a strip search of Inmate Demons, and no contraband was found on him or in his possession. I ordered staff to escort him to the SecurPass system in Central Intake. The SecurPass system also came back with negative results.

I completed a strip search of Inmate Lewis, in which he concealed 16 pills(medication) in a tightly sealed package inside his boxer briefs. Upon further investigation, Wellpath Nurse Keathley identified the narcotics 9-Kionopins (blue) and 7-Seroquel (white) belonging to Inmate Dominguez-Atencio, Jorge C.I.S. 501705053 housed in ▮▮▮▮ Unit ▮Cell ▮ Nurse Keathley verified that Lewis and Demons are not prescribed any medication. I ordered staff to escort him to the SecurPass system in Central Intake. The SecurPass system came back with negative results.

I took photographs as evidence.

THE FOREGOING POLICE REPORTS, CONSISTING OF __/__ PAGES, EACH PAGE HAVING BEEN INITIALED BY ME, ARE HEREBY SWORN TO:

_____ 11706  
AFFIANT  
Sworn to and subscribed before me This 29 day of April, 20 22 A.D.  
L.T. ___ 12188

**Investigator Signature:** _____

Page 1

**CASE SUPPLEMENTAL REPORT**

Printed: 04/13/2022 14:17

*Broward County Sheriff's Office*

OCA: **902204003478**

THE INFORMATION BELOW IS CONFIDENTIAL - FOR USE BY AUTHORIZED PERSONNEL ONLY

**Case Status:** OPEN / ACTIVE   **Case Mng Status:** NA   **Occured:** 04/11/2022

**Offense:** DRUGS / NARCOTICS OFFENSES

**Investigator:** MESSINA, N. (19521)   **Date / Time:** 04/11/2022 15:31:22, Monday

**Supervisor:** ROBERTS, L. D. (12188)   **Supervisor Review Date / Time:** 04/13/2022 13:57:15, Wednesday

**Contact:**   **Reference:** Assisting Officer

On Monday, April 11, 2022, at approximately 1120 hours, Sergeant Rolle, CCN 15262, called all ▮-floor staff to conduct a shakedown in ▮ in cell ▮, where Inmate Lewis, Nicholas CIS 251501066 is housed, and cell ▮, where Inmate Demons, Jamell 801900172 is housed. Deputy Anda CCN 18233 and I searched Inmate Demons' cell. After conducting my search, I found contraband of commissary and excessive jail-issued clothing. I used no force or sustained any injuries during this incident.

THE FOREGOING POLICE REPORTS,
CONSISTING OF ___1___ PAGES, EACH
PAGE HAVING BEEN INITIALED BY
ME, ARE HEREBY SWORN TO:

_signature_  /9521/

AFFIANT
Sworn to and subscribed before me
This _29th_ day of _April_, 20 _22_ A.D.

_r supp3_   Page 1

**CASE SUPPLEMENTAL REPORT**

Printed: 04/13/2022 14:17

*Broward County Sheriff's Office*

OCA: **902204003478**

THE INFORMATION BELOW IS CONFIDENTIAL - FOR USE BY AUTHORIZED PERSONNEL ONLY

**Case Status:** OPEN / ACTIVE   **Case Mng Status:** NA   **Occured:** 04/11/2022
**Offense:** DRUGS / NARCOTICS OFFENSES

**Investigator:** THOMAS, M. T. (19808)   **Date / Time:** 04/11/2022 17:32:08, Monday
**Supervisor:** ROBERTS, L. D. (12188)   **Supervisor Review Date / Time:** 04/13/2022 13:57:46, Wednesday
**Contact:**   **Reference:** Assisting Officer

On Monday, April 11, 2022, at approximately 1120 hours, Sergeant Rolle called the ▇ floor staff and I to conduct a shakedown in ▇ Unit ▇ in Cell ▇ where Inmate Lewis, Nicholas CIS #251501066 is housed, and Cell ▇ where Inmate Demons, Jamell CIS #801900172 is housed.

At approximately 1120 hours, the ▇ floor staff started shakedown. I searched Inmate Demons' cell and found excessive contraband of commissary and excessive jail-issued clothes. After completing the shakedown, I was instructed by Sergeant Reeves CCN 11706 to escort both inmates' property to the Main Jail Magnetometer & Scanner (X-Ray) for further search. While searching Inmate Lewis, Nicholas property, 2 Bic Lighters, and Rolling papers was found.

After the search was completed, the contraband found was photographed and placed into evidence by Sergeant Rolle. I used no force or sustained any injuries during this incident.

THE FOREGOING POLICE REPORTS,
CONSISTING OF ___4___ PAGES, EACH
PAGE HAVING BEEN INITIALED BY
ME, ARE HEREBY SWORN TO:

_____
AFFIANT
Sworn to and subscribed before me
This _29_ day of __April__, 20_22_ A.D.

**CASE SUPPLEMENTAL REPORT**

Printed: 04/13/2022 14:17

*Broward County Sheriff's Office*

OCA: **902204003478**

THE INFORMATION BELOW IS CONFIDENTIAL - FOR USE BY AUTHORIZED PERSONNEL ONLY

**Case Status:** *OPEN / ACTIVE*  **Case Mng Status:** *NA*  **Occured:** *04/11/2022*

**Offense:** *DRUGS / NARCOTICS OFFENSES*

**Investigator:** *GIL, C. G. (19359)*  **Date / Time:** *04/13/2022 09:42:18, Wednesday*

**Supervisor:** *ROBERTS, L. D. (12188)*  **Supervisor Review Date / Time:** *04/13/2022 13:55:32, Wednesday*

**Contact:**  **Reference:** *Assisting Officer*

On Monday, April 11, 2022, at approximately 0950 hours, while assigned as ▇▇▇ Housing Deputy, Sergeant Rolle, CCN 15262, instructed me to report to the ▇▇▇ control room to be briefed about an incident. Upon arrival, I was informed that the ▇-floor staff and I would be conducting a shakedown in ▇▇▇ Unit ▇ Cell ▇ where Inmate Lewis, Nicholas CIS 251501066, and ▇▇▇ Unit ▇ Cell ▇ where Inmate Demons, Jamell CIS 801900172 is housed. During the shakedown, I discovered a sharp metal object believed to be from his medically provided wrist brace in the bottom of Inmate Lewis's commissary bag. The contraband was confiscated by Sergeant Rolle, photographed, and placed into evidence. I used no force or sustained any injuries during this incident.

THE FOREGOING POLICE REPORTS,
CONSISTING OF ____1____ PAGES, EACH
PAGE HAVING BEEN INITIALED BY
ME, ARE HEREBY SWORN TO:

_____ _____ 19359
AFFIANT

Sworn to and subscribed before me
This _29th_ day of _April_, 20 _22_ A.D.
_Lt. L _____ 12188_

**CASE SUPPLEMENTAL REPORT**

Printed: 04/13/2022  14:17

*Broward County Sheriff's Office*

OCA: **902204003478**

THE INFORMATION BELOW IS CONFIDENTIAL - FOR USE BY AUTHORIZED PERSONNEL ONLY

**Case Status:** *OPEN / ACTIVE*       **Case Mng Status:** *NA*       **Occured:** *04/11/2022*

**Offense:** *DRUGS / NARCOTICS OFFENSES*

**Investigator:** *ALMEIDA CABRERA, A. M. (19814)*       **Date / Time:** *04/13/2022 10:02:27, Wednesday*

**Supervisor:** *ROBERTS, L. D. (12188)*       **Supervisor Review Date / Time:** *04/13/2022 13:56:32, Wednesday*

**Contact:**       **Reference:** *Assisting Officer*

---

On Monday, April 11, 2022, at approximately 1120 hours, while assigned as ▓▓▓ Housing Deputy, I was notified by Sergeant Rolle, CCN 15262, to report to the ▓▓▓ control room to be briefed about an incident. Shortly after arriving, I was informed that the ▓▓ floor staff and I would be conducting a shakedown in ▓▓ Unit ▓ Cell ▓, where Inmate Lewis, Nicholas CIS 251501066, and ▓▓ Unit ▓ Cell ▓ where Inmate Demons, Jamell CIS 801900172 is housed. During the shakedown I discovered 2 small razors broken into several pieces wrapped in paper inside a medically administered wrist brace. I immediately notified Sergeant Rolle CCN#15262 of my finding. The contraband was confiscated by Sergeant Rolle, photographed, and placed into evidence. I used no force or sustained any injuries during this incident.

THE FOREGOING POLICE REPORTS,
CONSISTING OF ___1___ PAGES, EACH
PAGE HAVING BEEN INITIALED BY
ME, ARE HEREBY SWORN TO:

_____
**AFFIANT**
Sworn to and subscribed before me
This __29th__ day of __April__, 20 _22_ A.D.

**CASE SUPPLEMENTAL REPORT**

Printed: 04/13/2022 14:17

*Broward County Sheriff's Office*

OCA: **902204003478**

THE INFORMATION BELOW IS CONFIDENTIAL - FOR USE BY AUTHORIZED PERSONNEL ONLY

**Case Status:** *OPEN / ACTIVE*   **Case Mng Status:** *NA*   **Occured:** *04/11/2022*

**Offense:** *DRUGS / NARCOTICS OFFENSES*

**Investigator:** *ANDA, C. (18233)*   **Date / Time:** *04/13/2022 10:45:00, Wednesday*

**Supervisor:** *ROBERTS, L. D. (12188)*   **Supervisor Review Date / Time:** *04/13/2022 13:56:55, Wednesday*

**Contact:**   **Reference:** *Assisting Officer*

On Monday, April 11, 2022, at approximately 1120 hours, while assigned as the ▬ floor Movement Deputy, I was informed by Sergeant Rolle, CCN 15262, that the ▬-floor staff and I would be conducting a shakedown in ▬ Unit ▬ Cell ▬ where Inmate Lewis, Nicholas CIS 251501066 (Black male) is housed, and cell ▬ where Inmate Demons, Jamell 801900172 (Black male) is housed. During the shakedown of Inmate Demons' cell, I found commissary and excessive jail-issued clothes, which were confiscated and disposed of per operational orders. I used no force or sustained any injuries during this incident.

THE FOREGOING POLICE REPORTS, CONSISTING OF ___1___ PAGES, EACH PAGE HAVING BEEN INITIALED BY ME, ARE HEREBY SWORN TO:

_____
AFFIANT

Sworn to and subscribed before me This ___ day of _____, 20 ___ A.D.