# INCIDENT/INVESTIGATION REPORT

**Agency Name:** Broward County Sheriff's Office
**ORI:** 0060300
**Case#:** 90-2302-002153
**Date / Time Reported:** 02/07/2023 11:00 Tue
**Last Known Secure:** 02/07/2023 11:00 Tue
**At Found:** 02/07/2023 11:00 Tue
**Location of Incident:** 555 SE 1ST AV, Fort Lauderdale FL 33301
**Premise Type:** Jail/prison/penitentiar
**Zone/Tract:** 3475

## INCIDENT DATA

**#1 Crime Incident(s):** Suspicious Incident — SUSI

## VICTIM

**# of Victims:** 0

## OTHERS INVOLVED

**Type:** INDIVIDUAL (NOT A LE OFFICER)
**Code:** IO
**Name:** ALEXANDER, GREGORY ANTWONE
**DOB:** 01/14/1986  Age 37
**Race:** B  **Sex:** M
**Resident Status:** Non-Resident
**Home Address:** 100 SW 18TH AV - 524 FORT LAUDERDALE, FL 33312
**Home Phone:** 310-254-6008

**Type:** INDIVIDUAL (NOT A LE OFFICER)
**Code:** RP
**Name:** MARTZALL, HOWARD
**Race/Sex:** W / M
**Home Address:** 2601 W BROWARD BLVD FORT LAUDERDALE, FL 33311
**Employer Name/Address:** Broward Co Sheriffs Office (SERGEANT/DOD)

## PROPERTY

Codes: 1 = None  2 = Burned  3 = Counterfeit / Forged  4 = Damaged / Vandalized  5 = Recovered  6 = Seized  7 = Stolen  8 = Unknown  ("OJ" = Recovered for Other Jurisdiction)

**Officer/ID#:** MARTZALL, H. P. (4410) (7834)
**Invest ID#:** (0)
**Supervisor:** BARRETO, S. (4320) (13360)
**Case Status:** Open / Active  02/08/2023
**Printed By:** BS15513, bs15513
**Sys#:** 1518563
**R_CS1IBR**

RECEIVED MAR 0 1 2023

ORIGINAL

Page 1

## Incident Report Additional Name List

**Broward County Sheriff's Office**

OCA: 90-2302-002153

### Additional Name List

| | Name Code/# | Name (Last, First, Middle) | Victim of Crime # | DOB | Age | Race | Sex |
|---|---|---|---|---|---|---|---|
| 1) | IO    2 | DEMONS, JAMELL | | 05/01/1999 | 23 | B | M |
| | Address | 604 9TH AV, VERO BEACH, FL 32962- | | H: 772-501-6942 | | | |
| | Empl/Addr | Ynw Melly | | B: 772-501-6942 | | | |
| | | | | Mobile #: - - | | | |

## INCIDENT/INVESTIGATION REPORT

*Broward County Sheriff's Office*

Case # 90-2302-002153

Status Codes: L = Lost   S = Stolen   R = Recovered   D = Damaged   Z = Seized   B = Burned   C = Counterfeit / Forged   F = Found

| | UCR | Status | Quantity | Type Measure | Suspected Type | Up to 3 types of activity |
|---|---|---|---|---|---|---|
| D R U G S | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |

Assisting Officers

Suspect Hate / Bias Motivated:

NARRATIVE

## REPORTING OFFICER NARRATIVE

| Broward County Sheriff's Office | | OCA<br>*90-2302-002153* |
|---|---|---|
| Victim | Offense<br>*SUSPICIOUS INCIDENT* | Date / Time Reported<br>*Tue 02/07/2023 11:00* |

On February 07, 2023, a suspicious letter was discovered in the inmate Mailroom. The letter is marked confidential legal Mail with a nonexistent address. Sending a letter to a nonexistent address is a known technique that inmates use to communicate with one another to conduct criminal activity while in custody. The process uses the US postal service to return the letter to the sender's address, hoping it is returned to the inmate without security staff reading the letter.

I reviewed the content of the letter finding the following inmate code of conduct violation. I was able to identify that letter was sent from inmate Alexander, Gregory 222200222, currently housed at the Main Jail ▉▉▉ The return address of the letter is Inmate Jamell Demons, 801900172. Demons is presently housed in the Main Jail ▉▉▉ Alexander wrote that he was sent to confinement for helping Demons contact his friends and family. Demons currently has no phone privileges because of witness tampering charges. Alexander tells Demons that he still wants to help him.
Inmate Alexander will receive a DR for violating the Inmate code of conduct A-21 Counterfeiting Legal mail.
I have placed the letter into evidence under this case number.

Reporting Officer: *MARTZALL, H. P.*
R_CS3NC

Printed By: BS15513, bs15513   03/01/2023 11:25

Page 4