# INCIDENT/INVESTIGATION REPORT

| | |
|---|---|
| **Agency Name** Broward County Sheriff´s Office | **Case#** 90-2310-002433 |
| **ORI** 0060000 | **Date / Time Reported** 10/06/2023 11:48   Fri |
| | **Last Known Secure** 09/01/2023 09:00   Fri |

**INCIDENT DATA**

| Location of Incident 555 555 SE 1ST AV, Fort Lauderdale  33301 | Gang Relat NO | Premise Type Jail/prison/penitentiar | Zone/Tract 5101 | At Found 09/01/2023 15:15   Fri |
|---|---|---|---|---|

| | Crime Incident(s) | (Com ) | Weapon / Tools | | | Activity |
|---|---|---|---|---|---|---|
| #1 | Information INFO | | Entry | Exit | Security | |
| #2 | Crime Incident | ( ) | Weapon / Tools | | | Activity |
| | | | Entry | Exit | Security | |
| #3 | Crime Incident | ( ) | Weapon / Tools | | | Activity |
| | | | Entry | Exit | Security | |

**MO**

**VICTIM**

| # of Victims 0 | Type: | Injury: | | Domestic: NO |
|---|---|---|---|---|

| V1 | Victim/Business Name (Last, First, Middle) | | Victim of Crime # | DOB  Age | Race | Sex | Relationship To Offender | Resident Status | Military Branch/Status |
|---|---|---|---|---|---|---|---|---|---|

| Home Address | Email | Home Phone |
|---|---|---|

| Employer Name/Address | Business Phone | Mobile Phone |
|---|---|---|

| VYR | Make | Model | Style | Color | Lic/Lis | VIN |
|---|---|---|---|---|---|---|

**OTHERS INVOLVED**

| CODES: V- Victim (Denote V2, V3)   WI = Witness   IO = Involved Other   RP = Reporting Person (if other than victim) | | | | | | |
|---|---|---|---|---|---|---|

| | Type: | | Injury: | | | | | |
|---|---|---|---|---|---|---|---|---|
| Code | Name (Last, First, Middle) | | Victim of Crime # | DOB  Age | Race | Sex | Relationship To Offender | Resident Status | Military Branch/Status |

| Home Address | Email | Home Phone |
|---|---|---|

| Employer Name/Address | Business Phone | Mobile Phone |
|---|---|---|

| | Type: | | Injury: | | | | | |
|---|---|---|---|---|---|---|---|---|
| Code | Name (Last, First, Middle) | | Victim of Crime # | DOB  Age | Race | Sex | Relationship To Offender | Resident Status | Military Branch/Status |

| Home Address | Email | Home Phone |
|---|---|---|

| Employer Name/Address | Business Phone | Mobile Phone |
|---|---|---|

**PROPERTY**

| 1 = None   2 = Burned   3 = Counterfeit / Forged   4 = Damaged / Vandalized   5 = Recovered   6 = Seized   7 = Stolen   8 = Unknown  ("OJ" = Recovered for Other Jurisdiction) | | | | | | | | |
|---|---|---|---|---|---|---|---|---|

| VI # | Code | Status Fm/To | Value | OJ | QTY | Property Description | Make/Model | Serial Number |
|---|---|---|---|---|---|---|---|---|
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |

| Officer/ID# ALVAREZ, D. (4340, BSIP) (10792) | | |
|---|---|---|
| Invest ID# (0) | | Supervisor BARRETO, S. (4410) (13360) |
| **Status** | Complainant Signature | Case Status Open / Active   10/06/2023 | Case Disposition: | Page 1 |

## INCIDENT/INVESTIGATION REPORT

*Broward County Sheriff's Office*

Case # *90-2310-002433*

Status Codes  L = Lost   S = Stolen   R = Recovered   D = Damaged   Z = Seized   B = Burned   C = Counterfeit / Forged   F = Found

|   | UCR | Status | Quantity | Type Measure | Suspected Type | Up to 3 types of activity |
|---|---|---|---|---|---|---|
| D R U G S | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |

Assisting Officers

Suspect Hate / Bias Motivated:

N A R R A T I V E

## REPORTING OFFICER NARRATIVE

| | | OCA<br>*90-2310-002433* |
|---|---|---|
| *Broward County Sheriff's Office* | | |
| Victim | Offense<br>*INFORMATION* | Date / Time Reported<br>*Fri 10/06/2023 11:48* |

On September 1, 2023, at approximately 15:15 hours I conducted a search of cell ███ assigned to inmate Howard, James arrest number 502001763.   The search was conducted after receiving information that the inmate Howard may have in his possession kites(letters/notes) written by inmate Demons, Jamell arrest number 801900172 who is assigned in the adjacent Unit ███ These kites(letters/notes) were given to Howard in order to make unauthorized phone calls and or to make contact with others on behalf of inmate Demons, Jamell.   Several handwritten letter/notes that could have been messages from inmate Demons, Jamell were removed from the cell and photos were taken of phone numbers that could be potential contacts associated with inmate Demons, Jamell.

Afterwards on this same date at approximately 1612 hours I conducted a search of cell ███ assigned to inmate Mathis, Terrence arrest number 501803422.   The search was conducted due to information that inmate Mathis, Terrence may also have in his possession kites(letters/notes) written by inmate Demons, Jamell arrest number 801900172.   These kites(letters/notes) were given to Mathis, in the past in order to make unauthorized phone calls and or to make contact with others on behalf of inmate Demons, Jamell.   Several handwritten letter/notes that could have been messages from inmate Demons, Jamell were removed from the cell and photos were taken of phone numbers that could be potential contacts associated with inmate Demons, Jamell.

The kites(letters/notes) gathered from these two cells were collected and saved to be delivered to Det. D. Polo 17626, who retrieved the items on September 28, 2023.