# INCIDENT/INVESTIGATION REPORT

**Agency Name:** Broward County Sheriff's Office
**Case#:** 90-2310-002434
**ORI:** 0060000
**Date / Time Reported:** 10/06/2023 15:02 Fri
**Last Known Secure:** 09/22/2023 10:10 Fri
**At Found:** 09/22/2023 13:35 Fri

## INCIDENT DATA

**Location of Incident:** 555 SE 1ST AV, Fort Lauderdale FL 33301
**Gang Relat:** NO
**Premise Type:** Jail/prison/penitentiar
**Zone/Tract:** 5101

| # | Crime Incident(s) | (Com) | Weapon / Tools | Entry | Exit | Security | Activity |
|---|---|---|---|---|---|---|---|
| #1 | Information INFO | | | | | | |
| #2 | Crime Incident | ( ) | | | | | |
| #3 | Crime Incident | ( ) | | | | | |

## MO

## VICTIM

**# of Victims:** 0
**Type:**
**Injury:**
**Domestic:** NO

| | Victim/Business Name (Last, First, Middle) | Victim of Crime # | DOB Age | Race | Sex | Relationship To Offender | Resident Status | Military Branch/Status |
|---|---|---|---|---|---|---|---|---|
| V1 | | | | | | | | |

**Home Address:**
**Email:**
**Home Phone:**
**Employer Name/Address:**
**Business Phone:**
**Mobile Phone:**

| VYR | Make | Model | Style | Color | Lic/Lis | VIN |
|---|---|---|---|---|---|---|

## OTHERS INVOLVED

CODES: V- Victim (Denote V2, V3)   WI = Witness   IO = Involved Other   RP = Reporting Person (if other than victim)

**Type:** INDIVIDUAL (NOT A LE OFFICER)   **Injury:**

| Code | Name (Last, First, Middle) | Victim of Crime # | DOB Age | Race | Sex | Relationship To Offender | Resident Status | Military Branch/Status |
|---|---|---|---|---|---|---|---|---|
| IO | DEMONS, JAMELL | | 05/01/1999 Age 24 | B | M | | | |

**Home Address:** 604 9TH AV VERO BEACH, FL 32962
**Email:**
**Home Phone:** 772-501-6942
**Employer Name/Address:** YNW MELLY
**Business Phone:** 772-501-6942
**Mobile Phone:**

**Type:**   **Injury:**

| Code | Name (Last, First, Middle) | Victim of Crime # | DOB Age | Race | Sex | Relationship To Offender | Resident Status | Military Branch/Status |
|---|---|---|---|---|---|---|---|---|
| | | | | | | | | |

**Home Address:**
**Email:**
**Home Phone:**
**Employer Name/Address:**
**Business Phone:**
**Mobile Phone:**

## PROPERTY

1 = None   2 = Burned   3 = Counterfeit / Forged   4 = Damaged / Vandalized   5 = Recovered   6 = Seized   7 = Stolen   8 = Unknown
("OJ" = Recovered for Other Jurisdiction)

| VI# | Code | Status Frm/To | Value | OJ | QTY | Property Description | Make/Model | Serial Number |
|---|---|---|---|---|---|---|---|---|
| | | | | | | | | |

**Officer/ID#:** ALVAREZ, D. (4340, BSIP) (10792)
**Invest ID#:** (0)
**Supervisor:** BARRETO, S. (4410) (13360)
**Complainant Signature:**
**Case Status:** Open / Active   10/06/2023
**Case Disposition:**
**Status:**
Page 1

# INCIDENT/INVESTIGATION REPORT

*Broward County Sheriff's Office*

Case # *90-2310-002434*

Status Codes: L = Lost   S = Stolen   R = Recovered   D = Damaged   Z = Seized   B = Burned   C = Counterfeit / Forged   F = Found

| | UCR | Status | Quantity | Type Measure | Suspected Type | Up to 3 types of activity |
|---|---|---|---|---|---|---|
| D R U G S | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |

Assisting Officers

Suspect Hate / Bias Motivated:

NARRATIVE

## REPORTING OFFICER NARRATIVE

| Broward County Sheriff's Office | | OCA 90-2310-002434 |
|---|---|---|
| Victim | Offense<br>INFORMATION | Date / Time Reported<br>Fri 10/06/2023 15:02 |

On September 22, 2023, at approximately 1010 hours, I interviewed an inmate who claimed to have information of individuals who had in their possession post cards, letters, and/or legal paperwork that were laced or tainted with narcotics. The inmate at the time could not give the actual names of the individuals, because he only knew them by their nicknames. The inmate did mention one individual by the name "Melly" the rapper. He was then questioned if he meant YNW Melly, he said yes. YNW Melly actual name is Jamell Demons 801900172. Due to the seriousness of the claims, I immediately notified my supervisor Sergeant R. Beltran 12443 when the interview was completed.

At this time it was determined that a shakedown (search) of inmate Demon's cell would be conducted. The shakedown (search) of inmate Demons cell ▮▮▮▮ for contraband was conducted by Deputy K. Correa CCN 11131 and Sgt. R. Beltran CCN12443.

Once the shakedown(search) was completed Deputy Correa handed several letters(kites) to me for the purpose of being collected by Detective D. Polo CCN 17626.

On September 28, 2023, I met with Det. Polo and provided the mentioned items.

## CASE SUPPLEMENTAL REPORT

Printed: 11/14/2024  15:54

*Broward County Sheriff's Office*

OCA: **902310002434**

**THE INFORMATION BELOW IS CONFIDENTIAL - FOR USE BY AUTHORIZED PERSONNEL ONLY**

**Case Status:** *OPEN / ACTIVE*  **Case Mng Status:** *NA*  **Occured:** *09/22/2023*
**Offense:** *INFORMATION*

**Investigator:** *CORREA, K. V. (11131)*  **Date / Time:** *10/06/2023 15:03:14, Friday*
**Supervisor:** *BARRETO, S. (13360)*  **Supervisor Review Date / Time:** *10/06/2023 16:00:04, Friday*
**Contact:**  **Reference:** *Follow Up*

---

I am assigned to The Department of Detentions (DOD), Bureau of Investigations and Projects (BIP), as both a canine handler and an investigator.

On September 22, 2023, I was directed by BIP supervisor, Sergeant Beltran, CCN 12443, to conduct a shakedown at the Main Jail due to information BIP Deputy Alvarez, CCN 10792, anonymously received. The information alleged that Inmate Jamell Demons CIS 801900172, was in possession of contraband believed to be paperwork infused with an unknown substance

At approximately 1335 hours, both myself and Sergeant Beltran arrived at the Main Jail, Unit ▮▮▮ Inmate Jamell Demons was housed in Cell▮ by himself and was asked by Sergeant Beltran to step out for the purpose of a shakedown to which he complied. During the search, several items deemed contraband were recovered to include two makeshift phone books that were fastened by a staple in each one and letters commonly known in the jail as "kites." Additionally, approximately seven trays of food were discarded along with two extra bed sheets and multiple packets of peanut butter and jelly.

Sergeant Beltran explained to Inmate Demons why the items were considered contraband and why Inmate Demons could not have them. Inmate Demons was asked if he understood to which he indicated by saying yes.

The letters and the makeshift phone books were collected and turned over to Deputy Alvarez.