# INCIDENT/INVESTIGATION REPORT

| | | |
|---|---|---|
| **Agency Name** _Broward County Sheriff's Office_ | | **Case#** _90-2403-010718_ |
| **ORI** _0060000_ | | **Date / Time Reported** _03/28/2024 11:35   Thu_ |
| | | **Last Known Secure** _03/27/2024 15:30   Wed_ |

**INCIDENT DATA**

| Location of Incident _555 SE 1ST AV, Fort Lauderdale FL 33301_ | Gang Relat _YES_ | Premise Type | Zone/Tract _5101_ | At Found _03/27/2024 16:30   Wed_ |
|---|---|---|---|---|

| | Crime Incident(s) | | Weapon / Tools | | | | Activity |
|---|---|---|---|---|---|---|---|
| #1 | _Information_ _INFO_ | (Com) | | | | | |
| | | | Entry | Exit | | Security | |
| #2 | Crime Incident | ( ) | Weapon / Tools | | | | Activity |
| | | | Entry | Exit | | Security | |
| #3 | Crime Incident | ( ) | Weapon / Tools | | | | Activity |
| | | | Entry | Exit | | Security | |

**MO**

**VICTIM**

| # of Victims _0_ | Type: | Injury: | | Domestic: NO |
|---|---|---|---|---|

| **V1** | Victim/Business Name (Last, First, Middle) | Victim of Crime # | DOB Age | Race | Sex | Relationship To Offender | Resident Status | Military Branch/Status |
|---|---|---|---|---|---|---|---|---|

| Home Address | Email | | Home Phone |
|---|---|---|---|

| Employer Name/Address | | Business Phone | Mobile Phone |
|---|---|---|---|

| VYR | Make | Model | Style | Color | Lic/Lis | VIN |
|---|---|---|---|---|---|---|

**OTHERS INVOLVED**

CODES:  V- Victim (Denote V2, V3)    WI = Witness    IO = Involved Other    RP = Reporting Person (if other than victim)

| Type: | Injury: | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| Code | Name (Last, First, Middle) | Victim of Crime # | DOB Age | Race | Sex | Relationship To Offender | Resident Status | Military Branch/Status |
| Home Address | | Email | | | | | | Home Phone |
| Employer Name/Address | | | | | Business Phone | | | Mobile Phone |

| Type: | Injury: | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| Code | Name (Last, First, Middle) | Victim of Crime # | DOB Age | Race | Sex | Relationship To Offender | Resident Status | Military Branch/Status |
| Home Address | | Email | | | | | | Home Phone |
| Employer Name/Address | | | | | Business Phone | | | Mobile Phone |

**PROPERTY**

1 = None  2 = Burned  3 = Counterfeit / Forged  4 = Damaged / Vandalized  5 = Recovered  6 = Seized  7 = Stolen  8 = Unknown
("OJ" = Recovered for Other Jurisdiction)

| VI# | Code | Status Frm/To | Value | OJ | QTY | Property Description | Make/Model | Serial Number |
|---|---|---|---|---|---|---|---|---|
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |

| Officer/ID# _GARY, I. (4330) (13819)_ | | |
|---|---|---|
| Invest ID# _(0)_ | Supervisor _BELTRAN, R. C. (4410) (12443)_ | |

| Status | Complainant Signature | Case Status _Open / Active_  03/28/2024 | Case Disposition: | Page 1 |
|---|---|---|---|---|

ORIGINAL

RECEIVED
MAR 29 2024

## INCIDENT/INVESTIGATION REPORT

*Broward County Sheriff's Office*

Case # *90-2403-010718*

| Status Codes | L = Lost   S = Stolen   R = Recovered   D = Damaged   Z = Seized   B = Burned   C = Counterfeit / Forged   F = Found |
|---|---|

| | UCR | Status | Quantity | Type Measure | Suspected Type | Up to 3 types of activity |
|---|---|---|---|---|---|---|
| D R U G S | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |

Assisting Officers

Suspect Hate / Bias Motivated:

N A R R A T I V E

**Main Jail**

█ unit █ cell █

Information

**REPORTING OFFICER NARRATIVE**

| | | OCA |
|---|---|---|
| *Broward County Sheriff's Office* | | *90-2403-010718* |
| Victim | Offense<br>*INFORMATION* | Date / Time Reported<br>*Thu 03/28/2024 11:35* |

On Wednesday, March 27, 2024, at approximately 1530 hours, I responded to the Main Jail Facility to assist with a shakedown of pod ██ units ██, ██ and ██ At approximately 1630 hours I entered Unit ██ unit ██ to conduct an inspection of cell ██ Inmate Gonzalez, Joshua CIS 502203522 and Inmate Howard, James CIS 502001763 who are housed in this cell stepped out of the cell. Both inmates were pat searched and asked to sit in the dayroom while the inspection was conducted. During my inspection I discovered a stack of papers containing gang information. I secured the papers and removed them from the cell at the conclusion of the inspection. On Thursday, March 28, 2024, the stack of papers was given to S.I.D. (Strategic Investigations Division) Detective Steele. A property receipt was completed. Lieutenant Barreto, CCN 13360 and Sergeant Beltran, CCN 12443 were notified of this incident.

## CASE SUPPLEMENTAL REPORT

Printed: 04/18/2024  15:59

*Broward County Sheriff's Office*

OCA: **902403010718**

THE INFORMATION BELOW IS CONFIDENTIAL - FOR USE BY AUTHORIZED PERSONNEL ONLY

**Case Status:** *OPEN / ACTIVE*

**Case Mng Status:** *NA*

**Occured:** *03/27/2024*

**Offense:** *INFORMATION*

---

**Investigator:** *GARY, I. (13819)*

**Date / Time:** *04/11/2024 08:50:57, Thursday*

**Supervisor:** *BELTRAN, R. C. (12443)*

**Supervisor Review Date / Time:** *04/18/2024 08:54:31, Thursday*

**Contact:**

**Reference:** *Follow Up*

---

On Friday, March 29, 2024, at approximately 1600 hours, I entered unit ███ to conduct a shakedown due to intelligence received. I entered cell ██ which is occupied by inmate Demons, Jamell CIS 801900172. Inmate Demons was relocated to an empty cell due to his classification status. As I conducted my inspection, I discovered several sheets of paper containing gang information. I confiscated all the papers containing the gang information. On April 4, 2024, the sheets of paper were given to S.I.D. (Strategic Investigations Division) Detective Steele, property form was completed. Sergeant Beltran CCN 12443 was notified of this incident.