Hell yea Shit no! RN fam, Serge ain't got no fuckin 1.Q! lol
So we Just gene Shoot kites AM shift buz @ Sweet and
Shit str8 and s Shift, and yea [I shoule get du Bmer # from
my lawyer today! when I do, fam don't EVER KALL DAT
BIH W/ YO PIN!! Always us some one else w/ a bullcss
charge fon, switch it up too!! I got Someqood Shit going Imad
luh to stand on bysness out dea!! Shit lookin GE8 dee!! You
Gou be du only one wit du [ade end du #!!] I'm fina Shit doing
300-400 Push ups a day widss, diamonds and fist on bunk push ups
(I on know hoidem Shiss called dae lol) and [shoot yo #'s det
you be tellin from again I flushed du Shit on accident] Paranoid ass
thotin Serge fina flip myShit! lol Tell demi I Say we ts Zoolin bih!
Serge off today's 2over so we shoud be str8 next Shift, bot
when Sne hox nigga Just gotta Shoot dem Shiss lo du AM !

Love ¢ Loyalty!