# BUSINESS RECORD CERTIFICATION
## CUSTODIAN OF RECORDS

I, **Heather Conner**, hereby certify that I am the Records Custodian for Broward County Sheriff's Office, Department of Detention. As part of my regular duties, I maintain custody of the official records of the Broward County Sheriff's Office, Department of Detention and also have authority to certify the attached records.

I, Heather Conner, hereby further certify that the following memorandum, report, record, or data compilation, to-wit: **(1.) scans of letters written in 2024 by Jamell Demons, 801900172 for individuals outside the jail (2.) visitation log for Jamell Demons, 801900172 from 2/13/2019 to 11/20/2024, (3.) contact log for Jamell Demons, 801900172 from 3/13/2019 to 11/19/2024, (4.) Disciplinary history for Jamell Demons, 801900172, (5.) video visitation center interruption records for Jamell Demons, 801900172, (6.) redacted incident investigative report for BSO case# 90-2204-003378, (7.) redacted incident investigative report for BSO case# 90-2302-002153, (8.) redacted incident investigative report for BSO case# 90-2310-002433, (9.) redacted incident investigative report for BSO case# 90-2310-002434, (10.) redacted incident investigative report for BSO case# 90-2403-010718, , (11.) BSO jail phone logs of Jamell Demons, 801900172 and other inmates on behalf of Jamell Demons, calling Demons' girlfriend's, Erran Barnett, phone number,  (12.) a 'kite' letter written by Jamell Demons found by BSO deputies**

(a) that the attached documents are a true and correct copy of the official record(s) generated by Broward County Sheriff's Office;
(b) was made at or near the time of the occurrence of the matters set forth by, or from information transmitted by, a person having knowledge of those matters;
(c) was kept in the course of the regularly conducted activity of Broward County Sheriff's Office, Department of Detention; and
(d) were made as a regular practice in the course of the regular conducted activity.

_____          _Heather Conner_
Signature

STATE OF FLORIDA
COUNTY OF _Broward_

Before me this day personally appeared _Heather Conner_, who, being duly sworn, deposes and acknowledges that the information contained in this affidavit is true and correct.

Sworn to and subscribed before me this _11_ day of _December_, 2024.



Dawn M. Celentano
Comm.:HH 211087
Expires: Dec. 26, 2025
Notary Public - State of Florida

Notary Public, State of Florida

My commission expires: 12/26/25