UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

CASE NO: 0:24-cv-62080-MD

JAMELL M. DEMONS

    Petitioner

v.

GREGORY TONY, SHERIFF OF BROWARD COUNTY;
AND BROWARD COUNTY SHERIFF'S OFFICE

    Respondent.
_____/

## UNOPPOSED MOTION FOR EXTENSION OF TIME TO FILE REPLY TO HABEAS CORPUS PETITION

Comes now the Petitioner, JAMELL DEMONS, and respectfully moves this Court for an unopposed extension of time to file the Reply to the Habeas Corpus Petition. In support of this Motion, undersigned counsel states as follows:

1. The Respondent's response to the Habeas Corpus Petition was filed on December 13, 2024.

2. Under the Court's Order [DE 7], the Petitioner's Reply to the response is due 14 days after the filing of the response, which would make the reply due on December 27, 2024.

3. However, undersigned counsel's office will be closed next week in observance of the holiday season, and a significant portion of the response period falls during the Christmas holiday.

4. Given these scheduling constraints, undersigned counsel requests an extension of time until January 2, 2025, to file the reply to the Habeas Corpus Petition.

5. The Respondent was granted an extension of time until December 13, 2024, to file their response.

1

6. Counsel has conferred with opposing counsel, and Respondent does not oppose this Motion.

**WHEREFORE**, for the reasons stated above, undersigned counsel respectfully requests that this Court grant an extension of time until January 2, 2025, for Petitioners to file the Reply in support of the Habeas Corpus Petition.

> Respectfully submitted,
>
> **MICHAEL A. PIZZI, JR., ESQ.**
> Florida Bar No 079545
> 6625 Miami Lakes Drive, Suite 316
> Miami Lakes, Florida 33014
> Phone: (786) 594-3948
> E-mail: mpizzi@pizzilaw.com
>
> By:    */s/ Michael A. Pizzi, Jr.*
> **MICHAEL A. PIZZI, JR., ESQ.**

### CERTIFICATE OF SERVICE

*I HEREBY CERTIFY that on **December 18, 2024**, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF. I also certify that the foregoing document is being served this day on all counsel of record or pro se parties either via transmission of Notices of Electronic Filing generated by CM/ECF or in some other authorized manner for those counsel or parties who are not authorized to receive electronically Notices of Electronic Filing.*

> By:    */s/ Michael A. Pizzi, Jr.*
> **MICHAEL A. PIZZI, JR., ESQ.**