UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO: 24-CV-62080-DAMIAN

JAMELL DEMONS,

     Petitioner,

v.

SHERIFF GREGORY TONY, *et al.*,

     Respondents.

_____/

## ORDER GRANTING UNOPPOSED
## MOTION FOR EXTENSION OF TIME [ECF NO. 17]

**THIS CAUSE** is before the Court upon Petitioner, Jamell Demons's, Unopposed Motion for Extension of Time to File Reply to *Habeas Corpus* Petition, filed on December 18, 2024 [ECF No. 17 (the "Motion")].

THE COURT has reviewed the Motion and the pertinent portions of the record and is otherwise fully advised. Finding good cause for the requested relief, and noting that the Motion is unopposed, it is hereby

**ORDERED AND ADJUDGED** that the Motion **[ECF No. 17]** is **GRANTED**. Petitioner shall file a Reply in support of the *Habeas* Petition **no later than January 2, 2025**.

**DONE AND ORDERED** in Chambers in the Southern District of Florida this 19th day of December, 2024.

_____
**MELISSA DAMIAN**
**UNITED STATES DISTRICT JUDGE**