UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

CASE NO: 0:24-cv-62080-MD

JAMELL M. DEMONS

    Petitioner

v.

GREGORY TONY, SHERIFF OF BROWARD COUNTY;
AND BROWARD COUNTY SHERIFF'S OFFICE

    Respondent.
_____/

## MOTION FOR PERMISSION TO INCREASE PAGE LIMIT ON REPLY BRIEF

Petitioner, JAMELL M. DEMONS, seeks Court approval to increase the page limit on petitioner's reply brief to 15 pages and states as follows:

1. The Court's original order set a page limit of ten (10) pages on Petitioner's Reply Memorandum.

2. Subsequently, the Respondent Broward County Sheriff's Office was granted permission to add an additional ten (10) pages to their brief for a total of (30) pages.

3. The Petitioner did not oppose this request.

4. The Petitioner is now asking this Court to permit Petitioner an additional five (5) pages, for a total of fifteen (15) pages to Petitioner's reply.

5. **GOOD FAITH CONFERENCE:** Petitioner emailed the multiple attorneys representing the respondent for their position on this Motion. But it appears that the lead attorneys are out of the office for the holiday week and have not responded as of this time. Petitioner will update if a Response is received.

WHEREFORE, the Petitioner respectfully requests that this Court permit the page limit for the Petitioner's Reply Brief to be increased to 15 pages.

        Respectfully submitted,

**MICHAEL A. PIZZI, JR., ESQ.**
Florida Bar No 079545
6625 Miami Lakes Drive, Suite 316
Miami Lakes, Florida 33014
Phone: (786) 594-3948
E-mail: mpizzi@pizzilaw.com

By:     */s/ Michael A. Pizzi, Jr.*
**MICHAEL A. PIZZI, JR., ESQ.**

## CERTIFICATE OF SERVICE

*I **HEREBY CERTIFY** that on **January 2, 2025**, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF. I also certify that the foregoing document is being served this day on all counsel of record or pro se parties either via transmission of Noticesof Electronic Filing generated by CM/ECF or in some other authorized manner for those counselor parties who are not authorized to receive electronically Notices of Electronic Filing.*

By:     */s/ Michael A. Pizzi, Jr.*
**MICHAEL A. PIZZI, JR., ESQ.**