UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO: 24-CV-62080-DAMIAN

JAMELL DEMONS,

    Petitioner,

v.

SHERIFF GREGORY TONY, *et al.*,

    Respondents.

_____/

**ORDER FOLLOWING STATUS CONFERENCE**

**THIS CAUSE** came before the Court for a Status Conference on January 17, 2025, at which the parties, through counsel, appeared before the undersigned. For the reasons stated and as further detailed on the record, it is hereby

**ORDERED AND ADJUDGED** as follows:

1. Petitioner's Motion to Disqualify Attorney Christian Tsoubanos and Office of General Counsel for Broward County Sheriff's Office and to Compel Production of Correspondence **[ECF No. 15]** is **DENIED WITHOUT PREJUDICE**.

2. Petitioner shall file a brief addressing the issues raised by the Court at the Status Conference regarding (1) Respondent's claims that Petitioner failed to exhaust remedies available in state courts; (2) the relief Petitioner is seeking and specifically how that relief would not infringe on abstention principles; (3) whether the Petition was timely filed (collectively, the "Procedural Hurdles"), **no later than January 31, 2025**. The brief shall not exceed twenty (20) pages. Respondents shall file a response, if any, **no later than February 7, 2025**. Such response shall not exceed ten (10) pages.

3. The Court will hear argument on the Procedural Hurdles at a hearing on **February 19, 2025 at 10:00 a.m.**

4. An Evidentiary Hearing is preliminarily scheduled for **March 13, 2025 at 9:30 a.m.** If this Court finds that the Procedural Hurdles preclude this action from moving forward, the Evidentiary Hearing will be canceled.

5. All hearings will be held at the United States Courthouse, 299 East Broward Boulevard, Fort Lauderdale, Florida 33301, Courtroom 205C.

To the extent the Court made additional or more detailed rulings on the record that are not memorialized in this written Order, those rulings are binding on the parties as set forth on the record.

**DONE AND ORDERED** in Chambers in the Southern District of Florida, this 21st day of January, 2025.

_____
**MELISSA DAMIAN**
**UNITED STATES DISTRICT JUDGE**