UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO: 24-cv-62080-DAMIAN

**JAMELL DEMONS,**

    Petitioner,

v.

**SHERIFF GREGORY TONY**, *et al.*,

    Respondents.

_____/

**WRIT OF HABEAS CORPUS AD TESTIFICANDUM**

To:    ANY UNITED STATES MARSHAL, and
        WARDEN, BROWARD COUNTY JAIL, Fort Lauderdale, Miami

    It appearing that the Petitioner in the above case, **JAMELL DEMONS**, is confined at or in transit to the Broward County Jail, Fort Lauderdale, Florida ("Broward County"), and that this case is set for an **Hearing beginning at 10:00 A.M. on Wednesday, February 19, 2025,** at the **United States Courthouse, 299 East Broward Boulevard, Fort Lauderdale, Florida 33301, Courtroom 205C**, before the undersigned, and that it is necessary for said individual to be before this Court for said proceeding **on the above-specified date**;

    **NOW, THEREFORE**, this is to command you, any United States Marshal, that you have the body of **JAMELL DEMONS** now in custody as aforesaid, under safe and secure conduct, before this Court, at **299 East Broward Boulevard, Fort Lauderdale, Florida 33301**, by or before, **10:00 A.M. on February 19, 2025**, **and to maintain said individual in custody in the Southern District of Florida during the course of such proceedings** and, upon completion of said proceedings that you return him with all convenient speed, under safe and secure conduct to the custody of the Warden of the aforesaid penal institution.

2

And this is to command you, the Warden of <u>Broward County</u> to deliver into the custody of any United States Marshal, upon production to you of a certified copy of this writ, the body of **JAMELL DEMONS** for safe and secure conduct to this district for the purpose aforesaid.

**DONE AND ORDERED** in Chambers in the Southern District of Florida, this <u>21st</u> day of January, 2025.

_____
**MELISSA DAMIAN**
**UNITED STATES DISTRICT JUDGE**

cc:   U.S. Marshals
      Counsel of Record