**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**
**CASE NO: 0:24-cv-62080-DAMIAN**

JAMELL M. DEMONS,

     Petitioner,

v.

GREGORY TONY, SHERIFF OF BROWARD
COUNTY; AND BROWARD COUNTY SHERIFF'S
OFFICE,

     Respondent.

_____/

## PETITIONER'S WITNESS LIST

1.  Captain Sarah Langford
    C/O Broward County Main Jail
    555 SE 1st Avenue
    Fort Lauderdale, FL 33301

2.  Lt. Arthur Reeves
    C/O Broward County Main Jail
    555 SE 1st Avenue
    Fort Lauderdale, FL 33301

3.  Lt. Quentin Marion
    C/O Broward County Main Jail
    555 SE 1st Avenue
    Fort Lauderdale, FL 33301

4.  Kristine B. Bradley, Esq.
    C/O Law Office of the State Attorney's Office
    201 SE 6th Street, Suite 655
    Fort Lauderdale, FL 33312

5.  Christian Tsoubanos, Esq.
    Broward County Sheriff's Office
    2601 W Broward Blvd,

1

Fort Lauderdale, FL 33312

6.  Deputy Kevin Correa
    C/O BSO
    2601 W Broward Blvd,
    Fort Lauderdale, FL 33312

7.  Sergeant Beltran
    C/O BSO
    2601 W Broward Blvd,
    Fort Lauderdale, FL 33312

8.  Sheriff Gregory Tony
    C/O BSO
    2601 W Broward Blvd,
    Fort Lauderdale, FL 33312

9.  Raven Ramona Liberty, Esq.
    C/O Law Office of Raven Liberty, P.A.
    2600 Douglas Rd., Ste 506
    Coral Gables, FL 33134

10. Scott Israel

11. Jaime Demons King


Respectfully submitted,

**MICHAEL A. PIZZI, JR.**
Florida Bar No. 079545
6625 Miami Lakes Drive, Suite 316
Miami Lakes, FL 33014
Phone: (786) 594-3948
Email: mpizzi@pizzilaw.com

By:    */s/ Michael A. Pizzi, Jr.*
**MICHAEL A. PIZZI, JR., ESQ.**

2

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that on **March 6, 2025**, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF.  I also certify that the foregoing document is being served this day on all counsel of record or pro se parties either via transmission of Notices of Electronic Filing generated by CM/ECF or in some other authorized manner for those counselor parties who are not authorized to receive electronically Notices of Electronic Filing.

By:      */s/ Michael A. Pizzi, Jr.*
**MICHAEL A. PIZZI, JR., ESQ.**