UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO: 24-cv-62080-DAMIAN

JAMELL DEMONS,

    Petitioner,

v.

SHERIFF GREGORY TONY, *et al.*,

    Respondents.
_____/

### ORDER CANCELING EVIDENTIARY HEARING

**THIS CAUSE** came before the Court *sua sponte*. The evidentiary hearing set for Thursday, March 13, 2025, is hereby **CANCELLED** due to a scheduling conflict on the Court's calendar. The parties shall await forthcoming Orders from the Court regarding whether and when the matter will be reset for hearing.

**DONE AND ORDERED** in Chambers in Fort Lauderdale, Florida, this 10th day of March, 2024.

                                                      MELISSA DAMIAN
                                                      UNITED STATES DISTRICT JUDGE