**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**
**CASE NO: 0:24-cv-62080-DAMIAN**

JAMELL M. DEMONS,

     Petitioner,

v.

GREGORY TONY, SHERIFF OF BROWARD
COUNTY; AND BROWARD COUNTY SHERIFF'S
OFFICE,

     Respondent.

_____/

## PETITIONER'S MOTION FOR STATUS CONFERENCE

     Petitioner, JAMELL DEMONS, through undersigned counsel requests a Status Conference for the earliest possible date and states as follows:

1. This is a Habeas Corpus Petition seeking immediate injunctive relief by a prisoner in custody.

2. The court heard legal argument on February 19th and scheduled an evidentiary hearing on March 13th, 2015.

3. The hearing was postponed, and the parties have not received a new date for this hearing for which witnesses had been subpoenaed or received any rulings or orders from the court.

     **WHEREFORE**, it is requested that this honorable court hold a Status Conference for the earliest possible date.

Respectfully submitted,

**MICHAEL A. PIZZI, JR.**
Florida Bar No. 079545
6625 Miami Lakes Drive, Suite 316
Miami Lakes, FL 33014
Phone: (786) 594-3948
Email: mpizzi@pizzilaw.com

By: _____/s/ Michael A. Pizzi, Jr._
**MICHAEL A. PIZZI, JR., ESQ.**

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that on **May 21, 2025**, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF. I also certify that the foregoing document is being served this day on all counsel of record or pro se parties either via transmission of Notices of Electronic Filing generated by CM/ECF or in some other authorized manner for those counselor parties who are not authorized to receive electronically Notices of Electronic Filing.

By: _____/s/ Michael A. Pizzi, Jr._
**MICHAEL A. PIZZI, JR., ESQ.**